**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION**

**JAMES E. DAVIS**                                                                                 **PLAINTIFF**

**vs.**                                                     **CIVIL ACTION NO. 3:11-CV093-M-A**

**ACA FINANCIAL GUARANTY
CORPORATION**                                                                             **DEFENDANT**

**AGREED ORDER WITHDRAWING
MOTION TO AMEND COMPLAINT**

Plaintiff has moved *ore tenus* to withdraw his motion to amend the complaint filed on October 20, 2011 (docket #16). The court has reviewed the motion and the record, and because the defendant has no objection to the motion, concludes that it is well taken. It is

**ORDERED**

that plaintiff's motion to amend the complaint (docket #16) is withdrawn, and defendant is not required to respond to the motion.

This the 2nd day of November, 2011.

                                                         /s/ S. Allan Alexander
                                                         UNITED STATES MAGISTRATE JUDGE

Agreed:

*Jesse Mitchell, III*
JESSE MITCHELL, III (MBN 103020)
*Plaintiff's Counsel*

*Mason Ernest Lowe*
MASON ERNEST LOWE (MBN 102393)
*Defendant's Counsel*
Signed by Jesse Mitchell, III with permission from Mason E. Lowe