IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

JAMES E. DAVIS                                                                            PLAINTIFF

V.                                                                          CIVIL ACTION NO. 3:11CV093-M-A

ACA FINANCIAL GUARANTY
CORPORATION                                                                       DEFENDANT

### ORDER

Defendant has moved *ore tenus* for an extension of time to file a response to plaintiff's motion to amend complaint, and plaintiff has no objection. The court has reviewed the motion and the record and concludes that the motion is well taken. It is

**ORDERED**

that the defendant is granted until December 12, 2011 to file a response to plaintiff's motion to amend complaint.

This, the 12th day of December, 2011.

/s/ S. Allan Alexander
UNITED STATES MAGISTRATE JUDGE