UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

JAMES E. DAVIS, INDIVIDUALLY AND            PLAINTIFF
FRANCOIS KOHLMAN, INDIVIDUALLY AND
ON BEHALF OF ALL OTHERS SIMILARLY
SITUATED

VS.            CAUSE NO. 3:11-CV-093-MPM-SAA

ACA FINANCIAL GUARANTY            DEFENDANTS
CORPORATION, and
JOHN DOES One through Ten

**AGREED ORDER**

Presently pending before the Court is the Joint Motion for Extension of Time to Complete Briefing on the Pending Motion to dismiss. The Court is advised that the Parties agree that there should be an extension of time for Plaintiffs to respond to the Motion to Dismiss and an extension of time for Defendant to file its rebuttal brief in support of the Motion to Dismiss. The Court finds this request to be reasonable and well taken.

IT IS THEREFORE ORDERED, that Plaintiffs shall have until and through February 24, 2012 to respond to Defendant's Motion to Dismiss and Defendant shall have an extension of time until and through March 9, 2012 to file its rebuttal brief in support of its Motion to Dismiss

SO ORDERED, this the 7th day of February, 2012.

           **/s/ MICHAEL P. MILLS**
           **CHIEF JUDGE**
           **UNITED STATES DISTRICT COURT**
           **NORTHERN DISTRICT OF MISSISSIPPI**