UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

JAMES E. DAVIS, INDIVIDUALLY AND                                   PLAINTIFF
FRANCOIS KOHLMAN, INDIVIDUALLY AND
ON BEHALF OF ALL OTHERS SIMILARLY
SITUATED

VS.                                              CAUSE NO. 3:11-CV-093-MPM-SAA

ACA FINANCIAL GUARANTY                                             DEFENDANTS
CORPORATION, and
JOHN DOES One through Ten

### JOINT MOTION FOR EXTENSION OF TIME
### TO COMPLETE BRIEFING ON THE PENDING  MOTION TO DISMISS

Pursuant to the Federal Rules of Civil Procedure, Defendant ACA Financial Guaranty

Corporation ("ACA") and Plaintiffs jointly move this Court for an extension of time to complete

the briefing on ACA's pending motion to dismiss.  In support, the parties show as follow:

1. On January 26, 2012, ACA filed a Motion to Dismiss Plaintiffs' Amended Complaint.

2. The time for Plaintiffs' to respond to that motion to dismiss has not yet passed.

3. The parties both have trials and other obligations in February, which would make

completion of the briefing within the current deadlines difficult.  Accordingly, the parties agree

to an additional extension of the current briefing deadlines related to the Motion to Dismiss.

4. Accordingly, the parties respectfully request that the Court enter an Order granting an

extension of time until and through March 6, 2012, for Plaintiffs to respond to ACA's Motion to

Dismiss and an extension of time until and through March 21, 2012 for ACA to file its rebuttal

brief in support of its Motion to Dismiss.

5. This Motion is sought in the interest of justice and not for purposes of delay.

WHEREFORE, the parties jointly request that the Court extend the briefing schedule be extended through and until March 6, 2012 for Plaintiffs' response and through and until March 21, 2012 for ACA's rebuttal brief.

RESPECTFULLY SUBMITTED, this 24th day of February, 2012.

/s/ Mason E. Lowe_____
W. Wayne Drinkwater (MBN 6193)
Mason E. Lowe (MBN 102393)
BRADLEY ARANT BOULT CUMMINGS LLP
Suite 400, One Jackson Place
188 East Capitol Street
Post Office Box 1789
Jackson, MS 39215-1789
Telephone: (601) 948-8000
Facsimile: (601) 948-3000

**ATTORNEYS FOR DEFENDANT**


/s/ Jesse Mitchell, III_____
Jesse Mitchell (MBN 102020)
O. Stephen Montagnet (MBN 10049)
William M. Quinn (MBN 10834
McCraney Montagnet & Quinn, PLLC
602 Steed Road, Suite 200
Ridgeland, MS 39157
Telephone: (601) 707-5725
Facsimile: (601) 510-2939
**ATTORNEYS FOR Plaintiffs**

CERTIFICATE OF SERVICE

I hereby certify that on February 24, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

Respectfully submitted,

/s/ Jesse Mitchell, III