### IN THE UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF MISSISSIPPI
### NORTHERN DIVISION

**JAMES E. DAVIS AND FRANCOIS KOHLMANN,**
**INDIVIDUALLY AND ON BEHALF OF ALL**
**OTHERS SIMILARLY SITUATED**                                   **PLAINTIFFS**

**vs.**                                  **CIVIL ACTION NO. 3:11-CV-093-MPM-SAA**

**ACA FINANCIAL GUARANTY**
**CORPORATION, and**
**JOHN DOES One through Ten**                              **DEFENDANTS**

### MOTION FOR LEAVE TO EXCEED PAGE LIMIT

COMES NOW, Plaintiffs James E. Davis and Francois Kohlmann ("hereinafter collectively referred to as "Plaintiffs"), individually and on behalf of all others similarly situated, and files this their *Motion for Leave to Exceed Page Limit.*

The Plaintiff request leave to exceed the twenty-five (25) page limit in connection with their Brief in Support of Their Response to Defendant's Motion to Dismiss Plaintiffs' Amended Complaint and to Stay All Class Certification Proceedings filed herein. The Plaintiffs submit that due to the complicated nature of the facts and issues, additional pages are necessary.

WHEREFORE, the Plaintiffs request the Court grant this Motion for Leave to Exceed Page Limit.

RESPECTFULLY SUBMITTED, this 2nd day of March, 2012.


 /s/ *Jesse Mitchell, III*
O. STEPHEN MONTAGNET, III (MSB 10049)
WILLIAM M. QUIN, II (MSB 10834)
JESSE MITCHELL, III (MSB 103020)

COUNSEL FOR PLAINTIFF

MCCRANEY MONTAGNET & QUIN, PLLC
602 Steed Road, Suite 200
Ridgeland, Mississippi 39157
Tel: (601) 707-5725 || Fax: (601) 510-2939

## CERTIFICATE OF SERVICE

I hereby certify that on March 2, 2012, I electronically filed the foregoing with the Clerk

of the Court using the CM/ECF system which will send notification of such filing to all counsel

of record.

   /s/ *Jesse Mitchell, III*
JESSE MITCHELL, III