**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION**

| | |
|---|---|
| JAMES E. DAVIS AND FRANCOIS KOHLMANN, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED | **PLAINTIFFS** |
| vs. | **CAUSE NO. 3:11-CV-093-MPM-SAA** |
| ACA FINANCIAL GUARANTY CORPORATION, and JOHN DOES One through Ten | **DEFENDANTS** |

**ORDER GRANTING MOTION TO EXCEED PAGE LIMIT**

This day there came on for consideration the *Motion for Leave to Exceed Page Limit* [Dkt #32] (the "**Motion**") filed by Plaintiffs, James Davis and Francois Kohlman, individually and on behalf of all others similarly situated, requesting leave to exceed the twenty-five (25) page limit in connection with their Brief in Support of Their Response to Defendant's Motion to Dismiss Plaintiffs' Amended Complaint and to Stay All Class Certification Proceedings in the above-referenced matter. The Court finds that the Motion is good and cause exists for granting the same in full.

IT IS, THEREFORE, ORDERED AND ADJUDGED that Plaintiffs shall be able to exceed the twenty-five (25) page limit in connection with their Brief in Support of Their Response to Defendant's Motion to Dismiss Plaintiffs' Amended Complaint and to Stay All Class Certification Proceedings in the above-referenced matter.

SO ORDERED, this the 6th day of March, 2012.

/s/ MICHAEL P. MILLS
**CHIEF JUDGE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI**