UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

JAMES E. DAVIS, INDIVIDUALLY AND  PLAINTIFF
FRANCOIS KOHLMAN, INDIVIDUALLY AND
ON BEHALF OF ALL OTHERS SIMILARLY
SITUATED

VS.  CAUSE NO. 3:11-CV-093-MPM-SAA

ACA FINANCIAL GUARANTY  DEFENDANTS
CORPORATION, and
JOHN DOES One through Ten

**AGREED ORDER**

Presently pending before the Court is the Joint Motions [28-1, 29-1] for Extension of Time to Complete Briefing on the Pending Motion to dismiss. The Court is advised that the Parties agree that there should be an extension of time for Plaintiffs to respond to the Motion to Dismiss and an extension of time for Defendant to file its rebuttal brief in support of the Motion to Dismiss. The Court finds this request to be reasonable and well taken.

The court therefore grants an extension of time until and through March 6, 2012, for Plaintiffs to respond to ACA's Motion to Dismiss and an extension of time until and through March 21, 2012 for ACA to file its rebuttal brief in support of its Motion to Dismiss.

SO ORDERED, this the 6th day of March, 2012.

**/s/ MICHAEL P. MILLS**
**CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF MISSISSIPPI**