FILED: NEW YORK COUNTY CLERK 02/08/2012
NYSCEF DOC. NO. 60

INDEX NO. 653290/2011
RECEIVED NYSCEF: 02/08/2012

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

-------------------------------------------------- x

OPPENHEIMER AMT-FREE MUNICIPALS,
OPPENHEIMER MULTI-STATE MUNICIPAL
TRUST, on behalf of its series Oppenheimer
Rochester National Municipals, and OPPENHEIMER
MUNICIPAL FUND, on behalf of its series
Oppenheimer Limited Term Municipal Fund,

                    Plaintiffs,

         -against-

ACA FINANCIAL GUARANTY CORPORATION,

                  Defendant.

-------------------------------------------------- x

    : Index No. 653290/2011
    : IAS Part 53 (Hon. Charles E. Ramos)
    : Motion Seq. Nos. 1, 1X

    **REPLY AFFIDAVIT OF**
    **CARL B. McCARTHY, ESQ.**

STATE OF NEW YORK    )
                      ) ss.:
COUNTY OF NEW YORK    )

    **CARL B. McCARTHY, ESQ.**, being duly sworn, states as follows:

    1.    I am over the age of eighteen and believe in the obligations of an oath.

    2.    I am a Director and Associate General Counsel of ACA.[1]  I submit this reply affidavit in opposition to Plaintiffs' cross-motion for summary judgment for declaratory relief and in further support of ACA's motion for summary judgment (a) denying the declaratory relief sought by Plaintiffs and (b) for an order declaring that ACA is relieved of liability of any further payment obligations under the Oppenheimer Policies.

    3.    In particular, I submit this reply affidavit to address two issues pertinent to the arguments raised in the papers filed by Plaintiffs in opposition to ACA's motion for summary judgment and in support of Plaintiffs' cross-motion for summary judgment: (a) the structure of

---

[1] My reply affidavit adopts the capitalized terms as defined in my December 19, 2011 affidavit submitted in support of ACA's motion for summary judgment.

27064105v2



EXHIBIT
14

the Replacement Bonds; and (b) Plaintiffs' incorrect contention that ACA's conduct after the conclusion of the Issuer's Bankruptcy Action allegedly demonstrates ACA's continuing belief that it has not been relieved of its liability under the Oppenheimer Policies.

4.    Except as otherwise indicated, I have personal knowledge of the facts set forth in my affidavit, and they are true and accurate to the best of my knowledge and belief. For those facts asserted upon information and belief, they are also true and accurate to the best of my knowledge and belief and/or are based on my review of relevant documents and pleadings.

**The Structure of the Replacement Bonds**

5.    As explained in my initial affidavit, as part of the Issuer's Bankruptcy Action, the Original Insured Bonds were cancelled and exchanged for the Replacement Bonds, which are entirely new and different bonds with different maturity dates, different payment terms and evidenced by different CUSIP numbers.

6.    Unlike the Original Insured Bonds held by Plaintiffs with maturity dates ranging from January 1, 2020 to January 1, 2026, the Replacement Bonds require annual payouts beginning on January 1, 2012 and ending on July 1, 2052.

7.    Attached hereto as **Exhibit 19** is a spreadsheet prepared by ACA that compares the payouts and maturity dates of the Original Bonds that were zero coupon bonds versus the new maturity dates of the Replacement Bonds that were received by the bondholders when the Original Bonds were cancelled in the Issuer's Bankruptcy Action.

**ACA's Belief as to Its Ongoing Liability Under the Oppenheimer Policies**

8.    In Plaintiffs' opposition papers, they contend that ACA's conduct and purported admissions contradict its claims that it has been relieved of any further payment obligations under the Oppenheimer Policies. To support their claim, Plaintiffs refer to: (a) ACA's July 15, 2011 purchase of $25,000 worth of Certificates of Bond Insurance ("CBIs") relating to one of the

2

27064105v2

Policies covering the Original Insured Bonds, which sale is reflected in ACA's September 30, 2011 Quarterly Statement; and (b) a list of ACA's Secondary Market Portfolio on its website that, as of November 16, 2011, included the Original Insured Bonds. (*See* January 17, 2012 Affidavit of Sean Ryan ("Ryan Aff.") Exs. 15-16)

### ACA's Inadvertent Purchase of the CBIs

9.      Since March 2010, ACA has had in place a "buyback" policy, approved by its regulator, which permits ACA to purchase ACA-insured bonds that have been categorized as having an exposure level of CQC Category 4 and that are not subject to any restrictions. ACA's buyback policy is a means of mitigating its potential losses on bonds where the underlying credit is performing poorly.

10.     When the Issuer filed for bankruptcy on June 24, 2010, the Original Insured Bonds were added to ACA's list of potential acquisitions. Due to a clerical oversight, the Original Insured Bonds were not immediately removed from the buyback list when they were cancelled as part of the Issuer's Bankruptcy Action.

11.     As a result of this error, on July 15, 2011, ACA inadvertently purchased certain CBIs relating to one of the Policies covering the Original Insured Bonds.

12.     That this was clearly an oversight is demonstrated by the fact that on July 7, 2011 – approximately a week before the July 15, 2011 purchase – ACA sent a letter to bondholders of the Original Insured Bonds clearly setting forth ACA's position that it had no further payment obligations under the Policies covering the Original Insured Bonds. The letter explicitly states:

> As you are aware, the issuer of the Bonds successfully confirmed a Chapter 9 plan (the "Plan"), and emerged from its bankruptcy proceeding on April 1, 2011. Pursuant to the terms of the Plan and by operation of law, the Bonds were exchanged for new obligations of the issuer (the "New Obligations") and were effectively cancelled. As a result, the Bonds are no longer enforceable obligations, and as such, neither is the guaranty obligation originally provided by ACA under the Policy... *Because the Bonds are no*

3

*longer effective or enforceable obligations by virtue of the exchange effected under the Plan, and because the original guaranty issued by ACA in connection with the Bonds under the Policy was not extended under the Plan or otherwise to the New Obligations, ACA has no further liability or obligation under its Policy.* (McCarthy Aff. Ex. 15 (emphasis added))

13.     In addition, in the same Quarterly Statement that identifies the inadvertent purchase of the CBIs, there is an explicit statement concerning a pending litigation relating to the enforcement of ACA's Policies covering the Original Insured Bonds, which states, in pertinent part, that:

> The Company was recently named as a defendant in a putative class-action in the United States District Court for the Northern District of Mississippi. The putative class purports to consist of all owners and/or holders of Connector 2000 Association, Inc. Toll Road Revenue Bonds (the "Connector Bonds") insured by the Company. The issuer of the Connector Bonds, Connector 2000 Association, Inc. (the "Issuer"), successfully confirmed a Chapter 9 plan (the "Plan"), and emerged from its bankruptcy proceeding on April 1, 2011. Pursuant to the terms of the Plan and by operation of law, the Connector Bonds were exchanged for new obligations of the Issuer (the "New Obligations") and were effectively cancelled. As a result, *the Company asserts that the Connector Bonds are no longer enforceable obligations, and as such, neither is the guaranty obligation originally provided by the Company under its secondary market insurance policies. Because the Connector Bonds are no longer effective or enforceable obligations by virtue of the exchange effected under the Plan, and because the original guaranty issued by the Company in connection with the Connector Bonds under the Policy was not extended under the Plan or otherwise to the New Obligations, the Company asserts that it has no further liability or obligation under its policies. The Company also contends that, by reason of the cancellation of the Connector Bonds, the Company no longer has any liability under its policies pursuant to the plain language thereof...* (Ryan Ex. 15 (emphasis added))

14.     ACA has and continues to make statements similar to the above-quoted statements in its public filings.

### ACA's Listing of the Original Insured Bonds on its Website

15.     Also as a result of a clerical error, ACA failed to immediately remove from a page on its website the Original Insured Bonds from a list of ACA's Secondary Market Portfolio.

16.     That error has since been rectified and the Original Insured Bonds no longer appear on the list of ACA's Secondary Market Portfolio. Annexed hereto as **Exhibit 20** is a

4

copy of that webpage as of February 3, 2012.

17. In short, despite these clerical errors, since the cancellation of the Original Insured Bonds, it always has been and continues to be ACA's position that ACA is relieved of liability of any further payment obligations under the Oppenheimer Policies.

Dated: New York, New York
February 7, 2012

CARL B. McCARTHY

Sworn to before me this
7th day of February, 2012

Notary Public

Brendan Patrick Malone
Notary Public-State of New York
No. 02MA6229570
Qualified in New York County
My Commission Expires 10/12/3014

5

FILED: NEW YORK COUNTY CLERK 02/08/2012

NYSCEF DOC. NO. 61

INDEX NO. 653290/2011

RECEIVED NYSCEF: 02/08/2012

# Exhibit 19

## ORIGINAL STRUCTURE ACA CAB PYMTS DUE

| MATURITY AMT | 1,000,000 | 9,900,000 | 12,300,000 | 8,500,000 | 16,700,000 |
|---|---|---|---|---|---|
| YIELD | 5.54% | 5.77% | 5.77% | 5.79% | 5.82% |
| DATE | 1/1/2012 | 1/1/2020 | 1/1/2021 | 1/1/2024 | 1/1/2026 |
| 1/1/2012 | 1,000,000 | | | | |
| 1/1/2020 | | 9,900,000 | | | |
| 1/1/2021 | | | 12,300,000 | | |
| 1/1/2024 | | | | 8,500,000 | |
| 1/1/2026 | | | | | 16,700,000 |

## NEW STRUCTURE CAB PYMTS DUE

| DATE | 1,000,000 (1/1/2012) | 9,900,000 (1/1/2020) | 12,300,000 (1/1/2021) | 8,500,000 | 16,700,000 (1/1/2026) |
|---|---|---|---|---|---|
| 1/1/2012 | 7,992 | 45,988 | 58,667 | 34,082 | 59,456 |
| 1/1/2013 | 13,713 | 85,765 | 100,654 | 58,474 | 102,009 |
| 1/1/2014 | 14,343 | 89,708 | 105,282 | 61,163 | 106,699 |
| 1/1/2015 | 15,509 | 96,997 | 113,837 | 66,133 | 115,369 |
| 1/1/2016 | 17,287 | 108,120 | 126,891 | 73,716 | 128,598 |
| 1/1/2017 | 23,387 | 146,275 | 171,670 | 99,731 | 173,980 |
| 1/1/2018 | 25,846 | 161,654 | 189,718 | 110,116 | 192,271 |
| 1/1/2019 | 28,138 | 175,986 | 206,539 | 119,987 | 209,318 |
| 1/1/2020 | 30,605 | 191,419 | 224,651 | 130,510 | 227,674 |
| 1/1/2021 | 36,361 | 227,045 | 266,462 | 154,799 | 270,047 |
| 1/1/2022 | 38,388 | 240,098 | 281,781 | 163,699 | 285,573 |
| 1/1/2023 | 40,585 | 253,842 | 297,511 | 173,069 | 301,920 |
| 1/1/2024 | 42,900 | 268,316 | 314,598 | 182,938 | 319,136 |
| 1/1/2025 | 49,221 | 307,848 | 361,294 | 209,891 | 366,155 |
| 1/1/2026 | 51,339 | 321,095 | 376,840 | 218,923 | 381,911 |
| 1/1/2027 | 52,881 | 330,744 | 388,165 | 225,502 | 393,388 |
| 1/1/2028 | 54,397 | 340,221 | 399,286 | 231,963 | 404,659 |
| 1/1/2029 | 60,788 | 380,194 | 446,199 | 259,216 | 452,203 |
| 1/1/2030 | 62,532 | 391,104 | 459,003 | 266,655 | 465,180 |
| 1/1/2031 | 64,329 | 402,344 | 472,195 | 274,318 | 478,549 |
| 1/1/2032 | 65,433 | 409,249 | 480,299 | 279,026 | 486,762 |
| 1/1/2033 | 75,073 | 469,543 | 551,060 | 320,134 | 558,475 |
| 1/1/2034 | 76,386 | 477,752 | 560,695 | 325,732 | 568,239 |
| 1/1/2035 | 77,712 | 486,045 | 570,427 | 331,386 | 578,103 |
| 1/1/2036 | 79,064 | 494,504 | 580,354 | 337,153 | 588,163 |
| 2/1/2037 | 89,659 | 560,765 | 658,119 | 382,330 | 666,975 |
| 1/1/2038 | 91,227 | 570,608 | 669,671 | 385,651 | 676,682 |
| 1/1/2039 | 92,854 | 580,628 | 685,430 | 395,672 | 690,600 |
| 1/1/2040 | 94,461 | 590,799 | 693,367 | 402,897 | 702,697 |
| 1/1/2041 | 106,055 | 653,569 | 776,770 | 452,421 | 789,249 |
| 1/1/2042 | 106,669 | 657,156 | 782,980 | 454,867 | 793,516 |
| 1/1/2043 | 107,234 | 670,691 | 787,129 | 457,277 | 797,721 |
| 1/1/2044 | 107,791 | 674,170 | 791,213 | 459,650 | 801,859 |
| 1/1/2045 | 118,720 | 742,531 | 871,442 | 506,258 | 883,168 |
| 1/1/2046 | 119,362 | 746,546 | 876,153 | 508,995 | 887,943 |
| 1/1/2047 | 119,593 | 750,492 | 880,784 | 511,685 | 892,636 |
| 1/1/2048 | 120,609 | 754,342 | 885,303 | 514,311 | 897,216 |
| 1/1/2049 | 132,024 | 825,738 | 969,094 | 562,988 | 982,134 |
| 1/1/2050 | 132,710 | 830,151 | 974,273 | 565,597 | 987,382 |
| 1/1/2051 | 133,421 | 834,475 | 979,848 | 568,915 | 992,536 |
| 7/1/2052 | 75,244 | 470,607 | 552,309 | 330,860 | 559,741 |

<ORIGINAL MATURITIES>

FILED: NEW YORK COUNTY CLERK 02/08/2012

NYSCEF DOC. NO. 62

INDEX NO. 653290/2011

RECEIVED NYSCEF: 02/08/2012

# Exhibit 20

ACA Financial Guaranty Corporation

Home  About  Financial Information  Current Portfolio  Statements  FAQ  Contact

## SECONDARY MARKET PORTFOLIO by Name

A complete listing of outstanding new issues insured by ACA FG is provided below. Please select a tab to view this information by state or by year of issue. Supplementary information can be viewed by selecting the links associated with each issue.

Click on an issue name for link to Offical Statements and trade data provided by the Electronic Municipal Market Access (EMMA™) system. This service is administered by the Municipal Securities Rulemaking Board ("MSRB").

The CUSIP numbers appearing herein have been included solely for the convenience of the holders of the Bonds. ACA assumes no responsibility for the selection or use of such CUSIP numbers and makes no representation as to the correctness of the CUSIP numbers listed.

View By Name | View By Sector | View By State

| | | ACA Exposure As Of 9/30/2011 | |
| --- | --- | --- | --- |
| Issuer | | Final Maturity | ACA Exposure |
| Academica Charter Schools Finance LLC Mortgage Loan Revenue Bonds (Academica Charter Schools Project) EMMA Official Statement and Trade Activity | | 08/15/24 | 22,145,000 |
| Allegheny County Higher Education Building Authority College Revenue Refunding Bonds (Robert Morris College) EMMA Official Statement and Trade Activity | | 05/01/28 | 3,755,000 |
| Boston Architectural Center Revenue Bonds EMMA Official Statement and Trade Activity | | 09/01/18 | 1,015,000 |
| Boston Architectural Center Revenue Bonds EMMA Official Statement and Trade Activity | | 09/01/28 | 2,445,000 |
| California Health Care Facilities Financing Authority Revenue Bonds (Catholic Healthcare West Project) EMMA Official Statement and Trade Activity | | 07/01/28 | 10,000,000 |
| City of Chicago, Illinois Tax Increment Allocation Bonds (Read Dunning Redevelopment Project) EMMA Official Statement and Trade Activity | | 01/01/14 | 377,521 |
| City of Chicago, Illinois Tax Increment Allocation Bonds (Read Dunning Redevelopment Project) EMMA Official Statement and Trade Activity | | 01/01/14 | 566,279 |
| City of Detroit Local Development Finance Authority Tax Increment Bonds (Subordinated Bonds) EMMA Official Statement and Trade Activity | | 05/01/21 | 2,611,875 |
| City of Detroit Local Development Finance Authority Tax Increment Bonds (Subordinated Bonds) EMMA Official Statement and Trade Activity | | 05/01/21 | 4,353,125 |
| City of Duarte, California Certificates of Participation (Hope National Medical Center) EMMA Official Statement and Trade Activity | | 04/01/19 | 2,000,000 |
| City of Duarte, California Certificates of Participation (Hope National Medical Center) EMMA Official Statement and Trade Activity | | 04/01/24 | 1,865,000 |
| City of Duarte, California Certificates of Participation (Hope National Medical Center) EMMA Official Statement and Trade Activity | | 04/01/24 | 2,000,000 |
| City of Duarte, California Certificates of Participation (Hope National Medical Center) EMMA Official Statement and Trade Activity | | 04/01/24 | 5,000,000 |
| City of Duarte, California Certificates of Participation (Hope National Medical Center) EMMA Official Statement and Trade Activity | | 04/01/31 | 3,000,000 |
| City of Flint Hospital Building Authority Revenue and Revenue Refunding Bonds (Hurley Medical Center) EMMA Official Statement and Trade Activity | | 07/01/16 | 2,880,522 |
| City of Flint Hospital Building Authority Revenue and Revenue Refunding Bonds (Hurley Medical Center) EMMA Official Statement and Trade Activity | | 07/01/18 | 2,000,000 |
| City of Flint Hospital Building Authority Revenue and Revenue Refunding Bonds (Hurley Medical Center) EMMA Official Statement and Trade Activity | | 07/01/20 | 385,000 |
| City of Flint Hospital Building Authority Revenue and Revenue Refunding Bonds (Hurley Medical Center) EMMA Official Statement and Trade Activity | | 07/01/20 | 615,000 |

ACA Financial Guaranty Corporation

| | | |
|---|---|---|
| City of Flint Hospital Building Authority Revenue and Revenue Refunding Bonds (Hurley Medical Center) <br> EMMA Official Statement and Trade Activity | 07/01/18 | 1,950,000 |
| City of Flint Hospital Building Authority Revenue and Revenue Refunding Bonds (Hurley Medical Center) <br> EMMA Official Statement and Trade Activity | 07/01/20 | 811,222 |
| City of Flint Hospital Building Authority Revenue and Revenue Refunding Bonds (Hurley Medical Center) <br> EMMA Official Statement and Trade Activity | 07/01/20 | 892,144 |
| City of Flint Hospital Building Authority Revenue and Revenue Refunding Bonds (Hurley Medical Center) <br> EMMA Official Statement and Trade Activity | 07/01/20 | 1,135,711 |
| City of Flint Hospital Building Authority Revenue and Revenue Refunding Bonds (Hurley Medical Center) <br> EMMA Official Statement and Trade Activity | 07/01/20 | 1,135,711 |
| City of Flint Hospital Building Authority Revenue and Revenue Refunding Bonds (Hurley Medical Center) <br> EMMA Official Statement and Trade Activity | 07/01/20 | 2,514,788 |
| City of Henderson, Nevada Health Facility Revenue Bonds (Catholic Healthcare West) <br> EMMA Official Statement and Trade Activity | 07/01/26 | 3,000,000 |
| City of Henderson, Nevada Health Facility Revenue Bonds (Catholic Healthcare West) <br> EMMA Official Statement and Trade Activity | 07/01/28 | 285,000 |
| City of Hillsdale Hospital Finance Authority Hospital Revenue Bonds (Hillsdale Community Health Center) <br> EMMA Official Statement and Trade Activity | 05/15/26 | 5,250,000 |
| City of Hutchinson, MN Taxable Medical Facilities Gross Revenue Bonds <br> EMMA Official Statement and Trade Activity | 07/01/14 | 1,315,000 |
| City of Owensville, Missouri Capital Improvement Projects Certificates of Participation <br> EMMA Official Statement and Trade Activity | 07/01/14 | 787,211 |
| City of Petersburg, Indiana Pollution Control Refunding Revenue Bonds (Indianapolis Power & Light Company Project) <br> EMMA Official Statement and Trade Activity | 08/01/17 | 105,000 |
| City of Petersburg, Indiana Pollution Control Refunding Revenue Bonds (Indianapolis Power & Light Company Project) <br> EMMA Official Statement and Trade Activity | 08/01/17 | 3,200,000 |
| City of Pottsville Hospital Authority Hospital Revenue Bonds (Pottsville Hospital and Warne Clinic) <br> EMMA Official Statement and Trade Activity | 07/01/18 | 1,000,000 |
| City of Pottsville Hospital Authority Hospital Revenue Bonds (Pottsville Hospital and Warne Clinic) <br> EMMA Official Statement and Trade Activity | 07/01/18 | 1,000,000 |
| City of Pottsville Hospital Authority Hospital Revenue Bonds (Pottsville Hospital and Warne Clinic) <br> EMMA Official Statement and Trade Activity | 07/01/18 | 2,500,000 |
| City of Pottsville Hospital Authority Hospital Revenue Bonds (Pottsville Hospital and Warne Clinic) <br> EMMA Official Statement and Trade Activity | 07/01/24 | 1,080,000 |
| City of Pottsville Hospital Authority Hospital Revenue Bonds (Pottsville Hospital and Warne Clinic) <br> EMMA Official Statement and Trade Activity | 07/01/24 | 2,000,000 |
| City of Santa Fe, New Mexico Educational Facilities Revenue Bonds (St. John's College Project) <br> EMMA Official Statement and Trade Activity | 03/01/24 | 1,000,000 |
| Colorado Health Facilities Authority Revenue Bonds <br> EMMA Official Statement and Trade Activity | 01/01/29 | 1,820,000 |
| Colorado Health Facilities Authority Revenue Bonds (National Jewish Medical and Research Center Project) <br> EMMA Official Statement and Trade Activity | 01/01/16 | 127,311 |
| Colorado Health Facilities Authority Revenue Bonds (National Jewish Medical and Research Center Project) <br> EMMA Official Statement and Trade Activity | 01/01/16 | 854,622 |
| Colorado Health Facilities Authority Revenue Bonds (National Jewish Medical and Research Center Project) <br> EMMA Official Statement and Trade Activity | 01/01/23 | 1,000,000 |
| Colorado Health Facilities Authority Revenue Bonds (National Jewish Medical and Research Center Project) <br> EMMA Official Statement and Trade Activity | 01/01/23 | 4,945,000 |
| Colorado Health Facilities Authority Revenue Bonds (National Jewish Medical and Research Center Project) <br> EMMA Official Statement and Trade Activity | 01/01/28 | 3,000,000 |
| Colorado Health Facilities Authority Revenue Bonds (National Jewish Medical and Research Center Project) <br> EMMA Official Statement and Trade Activity | 01/01/28 | 5,880,000 |
| County of Franklin, Ohio Health Care Facilities Revenue Refunding and Improvement Bonds (Friendship Village of Columbus Ohio, Inc. Project) <br> EMMA Official Statement and Trade Activity | 08/15/28 | 475,000 |

ACA Financial Guaranty Corporation

| | | |
|---|---|---|
| County of Franklin, Ohio Health Care Facilities Revenue Refunding and Improvement Bonds (Friendship Village of Columbus, Ohio, Inc. Project)<br>EMMA Official Statement and Trade Activity | 08/15/28 | 500,000 |
| County of Franklin, Ohio Health Care Facilities Revenue Refunding and Improvement Bonds (Friendship Village of Columbus, Ohio, Inc. Project)<br>EMMA Official Statement and Trade Activity | 08/15/28 | 1,000,000 |
| County of Franklin, Ohio Health Care Facilities Revenue Refunding and Improvement Bonds (Friendship Village of Columbus, Ohio, Inc. Project)<br>EMMA Official Statement and Trade Activity | 08/15/28 | 1,000,000 |
| County of Franklin, Ohio Health Care Facilities Revenue Refunding and Improvement Bonds (Friendship Village of Columbus, Ohio, Inc. Project)<br>EMMA Official Statement and Trade Activity | 08/15/28 | 5,000,000 |
| Delaware County (Pennsylvania) Authority Hospital Revenue Bonds (Crozer-Chester Medical Center Obligated Group)<br>EMMA Official Statement and Trade Activity | 12/01/18 | 4,725,000 |
| Delaware County (Pennsylvania) Authority Hospital Revenue Bonds (Crozer-Chester Medical Center Obligated Group)<br>EMMA Official Statement and Trade Activity | 12/01/27 | 1,000,000 |
| Delaware Economic Development Authority First Mortgage Revenue Refunding Bonds (Gilpin Hall)<br>EMMA Official Statement and Trade Activity | 07/01/19 | 2,000,000 |
| Delaware Economic Development Authority First Mortgage Revenue Refunding Bonds (Gilpin Hall)<br>EMMA Official Statement and Trade Activity | 07/01/25 | 1,500,000 |
| Dickinson County Healthcare System, County of Dickinson, State of Michigan Hospital Revenue and Refunding Bonds<br>EMMA Official Statement and Trade Activity | 11/01/13 | 641,727 |
| Dickinson County Healthcare System, County of Dickinson, State of Michigan Hospital Revenue and Refunding Bonds<br>EMMA Official Statement and Trade Activity | 11/01/13 | 950,699 |
| Dickinson County Healthcare System, County of Dickinson, State of Michigan Hospital Revenue and Refunding Bonds<br>EMMA Official Statement and Trade Activity | 11/01/13 | 1,765,926 |
| Dickinson County Healthcare System, County of Dickinson, State of Michigan Hospital Revenue and Refunding Bonds<br>EMMA Official Statement and Trade Activity | 11/01/18 | 750,000 |
| Dickinson County Healthcare System, County of Dickinson, State of Michigan Hospital Revenue and Refunding Bonds<br>EMMA Official Statement and Trade Activity | 11/01/18 | 1,000,000 |
| Dickinson County Healthcare System, County of Dickinson, State of Michigan Hospital Revenue and Refunding Bonds<br>EMMA Official Statement and Trade Activity | 11/01/24 | 570,000 |
| Dickinson County Healthcare System, County of Dickinson, State of Michigan Hospital Revenue and Refunding Bonds<br>EMMA Official Statement and Trade Activity | 11/01/24 | 700,000 |
| Dickinson County Healthcare System, County of Dickinson, State of Michigan Hospital Revenue and Refunding Bonds<br>EMMA Official Statement and Trade Activity | 11/01/24 | 1,000,000 |
| Dickinson County Healthcare System, County of Dickinson, State of Michigan Hospital Revenue and Refunding Bonds<br>EMMA Official Statement and Trade Activity | 11/01/24 | 1,000,000 |
| Dickinson County Healthcare System, County of Dickinson, State of Michigan Hospital Revenue and Refunding Bonds<br>EMMA Official Statement and Trade Activity | 11/01/24 | 1,600,000 |
| Dickinson County Healthcare System, County of Dickinson, State of Michigan Hospital Revenue and Refunding Bonds<br>EMMA Official Statement and Trade Activity | 11/01/24 | 2,400,000 |
| Dickinson County Healthcare System, County of Dickinson, State of Michigan Hospital Revenue and Refunding Bonds<br>EMMA Official Statement and Trade Activity | 11/01/24 | 5,000,000 |
| Dormitory Authority of the State of New York Secured Hospital Revenue Refunding Bonds (The Brookdale Hospital Medical Center)<br>EMMA Official Statement and Trade Activity | 02/15/12 | 4,700,000 |
| Dormitory Authority of the State of New York Secured Hospital Revenue Refunding Bonds (Wyckoff Heights Medical Center)<br>EMMA Official Statement and Trade Activity | 02/15/14 | 1,000,000 |
| Dormitory Authority of the State of New York Secured Hospital Revenue Refunding Bonds (Wyckoff Heights Medical Center)<br>EMMA Official Statement and Trade Activity | 02/15/14 | 1,000,000 |
| Dormitory Authority of the State of New York Secured Hospital Revenue Refunding Bonds (Wyckoff Heights Medical Center)<br>EMMA Official Statement and Trade Activity | 02/15/16 | 1,000,000 |
| Educational Building Authority of the City of Birmingham Tuition Revenue Bonds (Miles College)<br>EMMA Official Statement and Trade Activity | 05/01/28 | 454,370 |

ACA Financial Guaranty Corporation

| | | |
|---|---|---|
| Educational Building Authority of the City of Birmingham Tuition Revenue Bonds (Miles College)<br>EMMA Official Statement and Trade Activity | 05/01/28 | 1,590,295 |
| Gregg County (Texas) Health Facilities Development Corporation Hospital Revenue Bonds (Good Shepherd Medical Center Project)<br>EMMA Official Statement and Trade Activity | 10/01/15 | 5,395,000 |
| Housing and Redevelopment Authority of the City of St. Paul, Minnesota Hospital Facility Revenue Bonds (HealthEast Project)<br>EMMA Official Statement and Trade Activity | 11/01/15 | 757,615 |
| Housing and Redevelopment Authority of the City of St. Paul, Minnesota Hospital Facility Revenue Bonds (HealthEast Project)<br>EMMA Official Statement and Trade Activity | 11/01/15 | 757,615 |
| Housing and Redevelopment Authority of the City of St. Paul, Minnesota Hospital Facility Revenue Bonds (HealthEast Project)<br>EMMA Official Statement and Trade Activity | 11/01/17 | 1,000,000 |
| Illinois Real Estate Lease (acting by and through the Department of Central Management Services for the Use of the Department of Corrections)<br>EMMA Official Statement and Trade Activity | 06/15/18 | 4,978,358 |
| Industrial Development Authority of the City of Mesa, AZ Student Housing Revenue Bonds (ASU East/Maricopa County Community College District Williams Campus Project)<br>EMMA Official Statement and Trade Activity | 07/01/21 | 1,000,000 |
| Industrial Development Authority of the City of Mesa, AZ Student Housing Revenue Bonds (ASU East/Maricopa County Community College District Williams Campus Project)<br>EMMA Official Statement and Trade Activity | 07/01/21 | 1,000,000 |
| Industrial Development Authority of the City of Mesa, AZ Student Housing Revenue Bonds (ASU East/Maricopa County Community College District Williams Campus Project)<br>EMMA Official Statement and Trade Activity | 07/01/21 | 2,670,000 |
| Industrial Development Authority of the City of Mesa, AZ Student Housing Revenue Bonds (ASU East/Maricopa County Community College District Williams Campus Project)<br>EMMA Official Statement and Trade Activity | 07/01/25 | 3,525,000 |
| Industrial Development Authority of the City of Mesa, AZ Student Housing Revenue Bonds (ASU East/Maricopa County Community College District Williams Campus Project)<br>EMMA Official Statement and Trade Activity | 07/01/26 | 1,020,000 |
| Industrial Development Authority of the City of Mesa, AZ Student Housing Revenue Bonds (ASU East/Maricopa County Community College District Williams Campus Project)<br>EMMA Official Statement and Trade Activity | 07/01/32 | 500,000 |
| Industrial Development Authority of the City of Mesa, AZ Student Housing Revenue Bonds (ASU East/Maricopa County Community College District Williams Campus Project)<br>EMMA Official Statement and Trade Activity | 07/01/32 | 1,590,000 |
| Industrial Development Authority of the City of Mesa, AZ Student Housing Revenue Bonds (ASU East/Maricopa County Community College District Williams Campus Project)<br>EMMA Official Statement and Trade Activity | 07/01/32 | 1,900,000 |
| Industrial Development Authority of the City of Mesa, AZ Student Housing Revenue Bonds (ASU East/Maricopa County Community College District Williams Campus Project)<br>EMMA Official Statement and Trade Activity | 07/01/32 | 2,000,000 |
| IndyMac Manufactured Housing Contract Pass Through Certificates 1998-1 M1 (Freddie Mac portfolio) Formerly policy# S899-36-23<br>EMMA Official Statement and Trade Activity | 09/25/28 | 5,713,610 |
| Kentucky Economic Development Finance Authority Hospital System Refunding and Improvement Revenue Bonds (Appalachian Regional Healthcare, Inc. Project)<br>EMMA Official Statement and Trade Activity | 10/01/17 | 1,000,000 |
| Keokuk, IA Hospital Facilities Revenue Refunding Bonds (Keokuk Area Hospital Project)<br>EMMA Official Statement and Trade Activity | 12/01/21 | 3,135,000 |
| Lake of the Ozarks Community Bridge Corporation Bridge System Refunding Revenue Bonds<br>EMMA Official Statement and Trade Activity | 12/01/20 | 5,000,000 |
| Lake of the Ozarks Community Bridge Corporation Bridge System Refunding Revenue Bonds<br>EMMA Official Statement and Trade Activity | 12/01/26 | 1,125,000 |
| Lake of the Ozarks Community Bridge Corporation Bridge System Refunding Revenue Bonds<br>EMMA Official Statement and Trade Activity | 12/01/26 | 8,875,000 |
| Lehigh County General Purpose Authority, Lehigh County, PA Revenue Bonds (KidsPeace Obligated Group)<br>EMMA Official Statement and Trade Activity | 11/01/12 | 867,360 |
| Lehigh County General Purpose Authority, Lehigh County, PA Revenue Bonds (KidsPeace Obligated Group)<br>EMMA Official Statement and Trade Activity | 11/01/18 | 2,000,000 |

ACA Financial Guaranty Corporation

| | | |
|---|---|---|
| Lehigh County General Purpose Authority, Lehigh County, PA Revenue Bonds (KidsPeace Obligated Group)<br>EMMA Official statement and Trade Activity | 11/01/23 | 7,000,000 |
| Maryland Health and Higher Educational Facilities Authority Educational Facilities Mortgage Revenue Bonds (Green Acres School Issue)<br>EMMA Official Statement and Trade Activity | 07/01/28 | 500,000 |
| Massachusetts Health and Educational Facilities Authority Revenue Bonds (Milford-Whitinsville Regional Hospital Issue)<br>EMMA Official Statement and Trade Activity | 07/15/28 | 990,000 |
| New Jersey Economic Development Authority Gas Facilities Revenue Bonds (NUI Corporation Project)<br>EMMA Official Statement and Trade Activity | 11/01/33 | 140,000 |
| New Jersey Economic Development Authority Gas Facilities Revenue Bonds (NUI Corporation Project)<br>EMMA Official Statement and Trade Activity | 11/01/33 | 150,000 |
| New Jersey Economic Development Authority Gas Facilities Revenue Bonds (NUI Corporation Project)<br>EMMA Official Statement and Trade Activity | 11/01/33 | 250,000 |
| New Jersey Economic Development Authority Gas Facilities Revenue Bonds (NUI Corporation Project)<br>EMMA Official Statement and Trade Activity | 11/01/33 | 455,000 |
| New Jersey Economic Development Authority Gas Facilities Revenue Bonds (NUI Corporation Project)<br>EMMA Official Statement and Trade Activity | 11/01/33 | 500,000 |
| New Jersey Economic Development Authority Gas Facilities Revenue Bonds (NUI Corporation Project)<br>EMMA Official Statement and Trade Activity | 11/01/33 | 500,000 |
| New Jersey Economic Development Authority Gas Facilities Revenue Bonds (NUI Corporation Project)<br>EMMA Official Statement and Trade Activity | 11/01/33 | 2,685,000 |
| New Jersey Economic Development Authority Gas Facilities Revenue Bonds (NUI Corporation Project)<br>EMMA Official Statement and Trade Activity | 11/01/33 | 15,270,000 |
| New Jersey Health Care Facilities Financing Authority Revenue Bonds (Rahway Hospital Obligated Group Issue)<br>EMMA Official Statement and Trade Activity | 07/01/14 | 268,587 |
| New Jersey Health Care Facilities Financing Authority Revenue Bonds (Rahway Hospital Obligated Group Issue)<br>EMMA Official Statement and Trade Activity | 07/01/14 | 805,760 |
| New Jersey Health Care Facilities Financing Authority Revenue Bonds (Rahway Hospital Obligated Group Issue)<br>EMMA Official Statement and Trade Activity | 07/01/14 | 805,760 |
| New Jersey Health Care Facilities Financing Authority Revenue Bonds (Rahway Hospital Obligated Group Issue)<br>EMMA Official Statement and Trade Activity | 07/01/14 | 1,195,211 |
| New Jersey Health Care Facilities Financing Authority Revenue Bonds (Trinitas Hospital Obligated Group)<br>EMMA Official Statement and Trade Activity | 07/01/24 | 1,580,000 |
| New Jersey Health Care Facilities Financing Authority Revenue Bonds (Trinitas Hospital Obligated Group)<br>EMMA Official Statement and Trade Activity | 07/01/30 | 3,250,000 |
| North Carolina Eastern Municipal Power Agency Power System Revenue Bonds<br>EMMA Official Statement and Trade Activity | 01/01/22 | 1,000,000 |
| North Carolina Medical Care Commission Hospital Revenue Bonds (Halifax Regional Medical Center)<br>EMMA Official Statement and Trade Activity | 08/15/24 | 350,000 |
| North Central Texas Health Facilities Development Corporation Health Facilities Development Revenue Bonds (C C Young Memorial Home Project)<br>EMMA Official Statement and Trade Activity | 02/15/25 | 2,000,000 |
| Pennsylvania Economic Development Financing Authority Revenue Bonds (Northwestern Human Services, Inc Project)<br>EMMA Official Statement and Trade Activity | 06/01/18 | 500,000 |
| Pennsylvania Economic Development Financing Authority Revenue Bonds (Northwestern Human Services, Inc Project)<br>EMMA Official Statement and Trade Activity | 06/01/18 | 4,000,000 |
| Pennsylvania Economic Development Financing Authority Revenue Bonds (Northwestern Human Services, Inc Project)<br>EMMA Official Statement and Trade Activity | 06/01/18 | 5,000,000 |
| Piedmont Municipal Power Agency (South Carolina) Electric Revenue Bonds Refunding Series<br>EMMA Official Statement and Trade Activity | 01/01/23 | 1,080,000 |
| Pierce County Housing Authority Pooled Housing Refunding Revenue Bonds<br>EMMA Official Statement and Trade Activity | 12/01/18 | 5,075,000 |
| Pierce County Housing Authority Pooled Housing Refunding Revenue Bonds<br>EMMA Official Statement and Trade Activity | 12/01/23 | 6,720,000 |
| Santa Rosa Bay Bridge Authority Revenue Bonds<br>EMMA Official Statement and Trade Activity | 07/01/12 | 588,074 |

ACA Financial Guaranty Corporation

| | | |
|---|---|---|
| Santa Rosa Bay Bridge Authority Revenue Bonds<br>EMMA Official Statement and Trade Activity | 07/01/14 | 210,618 |
| Santa Rosa Bay Bridge Authority Revenue Bonds<br>EMMA Official Statement and Trade Activity | 07/01/14 | 344,779 |
| Santa Rosa Bay Bridge Authority Revenue Bonds<br>EMMA Official Statement and Trade Activity | 07/01/16 | 315,036 |
| Santa Rosa Bay Bridge Authority Revenue Bonds<br>EMMA Official Statement and Trade Activity | 07/01/16 | 686,994 |
| Santa Rosa Bay Bridge Authority Revenue Bonds<br>EMMA Official Statement and Trade Activity | 07/01/19 | 1,167,005 |
| Santa Rosa Bay Bridge Authority Revenue Bonds<br>EMMA Official Statement and Trade Activity | 07/01/20 | 525,934 |
| Santa Rosa Bay Bridge Authority Revenue Bonds<br>EMMA Official Statement and Trade Activity | 07/01/22 | 870,188 |
| Santa Rosa Bay Bridge Authority Revenue Bonds<br>EMMA Official Statement and Trade Activity | 07/01/28 | 16,500,000 |
| Tax Increment Finance Authority of the City of Lapeer, County of Lapeer, MI Tax Increment Revenue Refunding Bonds<br>EMMA Official Statement and Trade Activity | 06/01/12 | 410,000 |
| The Cooperative District of the City of Bessemer  Academy Drive Public Facilities No  1 Revenue Bonds<br>EMMA Official Statement and Trade Activity | 03/01/23 | 4,250,000 |
| The Cooperative District of the City of Bessemer  Academy Drive Public Facilities No  1 Revenue Bonds<br>EMMA Official Statement and Trade Activity | 03/01/35 | 7,855,000 |
| The Hospitals and Higher Education Facilities Authority of Philadelphia Hospital Revenue Refunding Bonds (Temple University<br>Health System Obligated Group) | 07/01/34 | 9,530,000 |
| The Hospitals and Higher Education Facilities Authority of Philadelphia Hospital Revenue Refunding Bonds (Temple University<br>Health System Obligated Group) | 07/01/34 | 10,000,000 |
| The Industrial Development Authority of the County of Maricopa Health Facility Revenue Bonds (Catholic Healthcare West Project)<br>EMMA Official Statement and Trade Activity | 07/01/16 | 1,000,000 |
| The Industrial Development Authority of the County of Maricopa Health Facility Revenue Bonds (Catholic Healthcare West Project)<br>EMMA Official Statement and Trade Activity | 07/01/16 | 8,785,000 |
| The Industrial Development Authority of the County of Maricopa Health Facility Revenue Bonds (Catholic Healthcare West Project)<br>EMMA Official Statement and Trade Activity | 07/01/21 | 1,115,000 |
| The Industrial Development Authority of the County of Maricopa Health Facility Revenue Bonds (Catholic Healthcare West Project)<br>EMMA Official Statement and Trade Activity | 07/01/21 | 2,045,000 |
| The Industrial Development Authority of the County of Maricopa Health Facility Revenue Bonds (Catholic Healthcare West Project)<br>EMMA Official Statement and Trade Activity | 07/01/21 | 2,345,000 |
| The Industrial Development Authority of the County of Maricopa Health Facility Revenue Bonds (Catholic Healthcare West Project)<br>EMMA Official Statement and Trade Activity | 07/01/21 | 9,600,000 |
| Virgin Islands Water and Power Authority Electric System Revenue and Refunding Bonds<br>EMMA Official Statement and Trade Activity | 07/01/21 | 630,000 |
| Virgin Islands Water and Power Authority Electric System Revenue and Refunding Bonds<br>EMMA Official Statement and Trade Activity | 07/01/21 | 1,000,000 |
| Virgin Islands Water and Power Authority Electric System Revenue and Refunding Bonds<br>EMMA Official Statement and Trade Activity | 07/01/21 | 1,000,000 |
| Virgin Islands Water and Power Authority Electric System Revenue and Refunding Bonds<br>EMMA Official Statement and Trade Activity | 07/01/21 | 1,009,999 |
| Washington County Housing and Redevelopment Authority Hospital Facility Revenue Bonds (HealthEast Project)<br>EMMA Official Statement and Trade Activity | 11/15/12 | 500,000 |
| Washington County Housing and Redevelopment Authority Hospital Facility Revenue Bonds (HealthEast Project)<br>EMMA Official Statement and Trade Activity | 11/15/18 | 500,000 |
| Washington County Housing and Redevelopment Authority Hospital Facility Revenue Bonds (HealthEast Project)<br>EMMA Official Statement and Trade Activity | 11/15/18 | 5,000,000 |
| Washington County Housing and Redevelopment Authority Hospital Facility Revenue Bonds (HealthEast Project)<br>EMMA Official Statement and Trade Activity | 11/15/27 | 455,000 |

ΛCΛ Financial Guaranty Corporation

| | | |
|---|---|---|
| Washington County Housing and Redevelopment Authority Hospital Facility Revenue Bonds (Healthfast Project)<br>EMMA Official Statement and Trade Activity | 11/15/27 | 9,000,000 |
| Wisconsin Health and Educational Facilities Authority Revenue Bonds (Aurora Health Care Inc.)<br>EMMA Official Statement and Trade Activity | 02/15/20 | 1,150,000 |
| Wisconsin Health and Educational Facilities Authority Revenue Bonds (Aurora Health Care Inc.)<br>EMMA Official Statement and Trade Activity | 02/15/29 | 5,000,000 |
| Wisconsin Health and Educational Facilities Authority Revenue Bonds (Aurora Health Care Inc.)<br>EMMA Official Statement and Trade Activity | 02/15/29 | 2,975,000 |
| Wisconsin Health and Educational Facilities Authority Revenue Bonds (Divine Savior Hospital and Nursing Home, Inc. Project)<br>EMMA Official Statement and Trade Activity | 06/01/28 | 3,140,000 |
| | SECONDARY MARKET OVERALL Total | 393,669,757 |

660 Fifth Ave  2nd Floor / New York NY 10470 / Phone  212-375-2003 / Fax  212-375-2190 / Contact Us.                    Terms & Conditions / Privacy Policy