# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

---------------------------------------------------------------- x
: 
JAMES E. DAVIS AND FRANCOIS KOHLMAN, :
INDIVIDUALLY AND ON BEHALF OF ALL :
OTHERS SIMILARLY SITUATED, :
: Case No. 3:11-CV-093-MPM-SAA
Plaintiffs, :
:
vs. :
:
ACA FINANCIAL GUARANTY CORPORATION, :
and JOHN DOES One through Ten, :
:
Defendants. :
:
---------------------------------------------------------------- x

## **DEFENDANT'S MOTION FOR HEARING ON ITS MOTION TO DISMISS**

In compliance with instructions by the clerk of the Court, Defendant ACA Financial Guaranty Corporation ("ACA") files this motion for a hearing on its pending Motion to Dismiss Plaintiffs' Amended Complaint and to Stay All Class Certification Proceedings (the "Motion to Dismiss"). In support of this motion, ACA states as follows:

1. On or about January 26, 2012, ACA filed its Motion to Dismiss, along with its supporting brief. [Docs. 23, 24]. Pursuant to Local Rule 7(6)(A), ACA noted on the face of the motion and brief that it requested oral argument on its Motion to Dismiss. [Docs. 23, 24]. On or about March 21, 2012, ACA filed its reply brief in support of the Motion. [Doc. 36]. In the reply brief, ACA renewed its request for oral argument. [Doc. 36].

2. Although the facts of this case are simple and straightforward, it involves a number of claims and a request for certification of a class. Those six causes of action are based

on Plaintiffs' claims that (a) they acquired certain Toll Road Revenue Bonds (the "Original Bonds") issued by Connector 2000 Association, Inc. (the "Issuer"); (b) ACA issued a number of Secondary Market Insurance Policies insuring the payment of the debt service on a subset of the Original Bonds (the "Original Insured Bonds"); (c) the Issuer failed to make the July 1, 2011 payment purportedly due on the Original Insured Bonds; and (d) ACA purportedly breached the terms of the "Policy" owned by Plaintiffs by failing to pay said amount to Plaintiffs.

3. Not a single one of Plaintiffs' causes of action states a claim upon which relief can be granted. Accordingly, for the reasons set forth in ACA's Motion to Dismiss and accompanying briefs, this Court should dismiss Plaintiffs' amended complaint, and ACA believes that oral argument would benefit the Court in understanding the underlying allegations and ruling on the Motion to Dismiss.

WHEREFORE, ACA requests that this Court set ACA's Motion to Dismiss for hearing.

RESPECTFULLY SUBMITTED, this 23rd day of March, 2012.

/s/ Mason E. Lowe
W. Wayne Drinkwater (MBN 6193)
Mason E. Lowe (MBN 102393)
*Attorneys for Defendant ACA*
*Financial Guaranty Corporation*

OF COUNSEL:
BRADLEY ARANT BOULT CUMMINGS LLP

One Jackson Place, Suite 400
188 East Capitol Street
Post Office Box 1789
Jackson, MS 39215-1789
Telephone: (601) 948-8000
Facsimile: (601) 948-3000

4/304004.1

## **CERTIFICATE OF SERVICE**

  I hereby certify that on March 23, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

> Jesse Mitchell, III Esq.
> William M. Quin, II, Esq.
> O. Stephen Montagnet, III, Esq.
> MCCRANEY MONTAGNET & QUIN, PLLC
> 602 Steed Road, Suite 200
> Ridgeland, Mississippi 39157
> *Attorney for Plaintiffs*

This the 23rd day of March, 2012.

             /s/ Mason E. Lowe
             MASON E. LOWE