UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

JAMES E. DAVIS, INDIVIDUALLY AND  PLAINTIFF
FRANCOIS KOHLMAN, INDIVIDUALLY AND
ON BEHALF OF ALL OTHERS SIMILARLY
SITUATED

VS.  CAUSE NO. 3:11-CV-093-MPM-SAA

ACA FINANCIAL GUARANTY  DEFENDANTS
CORPORATION, and
JOHN DOES One through Ten

**ORDER ON JOINT MOTION FOR EXTENSION OF TIME TO COMPLETE BRIEFING ON THE PENDING MOTION TO CERTIFY CLASS**

Presently pending before the Court is the Joint Motion for Extension of Time to Complete Briefing on the Pending Motion to Certify Class. The Court is advised that the Parties agree that there should be an extension of time for ACA to respond to the Motion to Certify Class and an extension of time for Plaintiffs to file their rebuttal brief in support of the Motion to Certify Class. The Court finds this request to be reasonable and well taken.

IT IS THEREFORE ORDERED, that ACA shall have an extension of time until and through May 25, 2012 to respond to Plaintiffs' Motion to Certify Class and Plaintiffs shall have an extension of time until and through June 15, 2012 to file their rebuttal brief in support of their Motion to Certify Class.

SO ORDERED, this the 14th day of May, 2012.

/s/ MICHAEL P. MILLS
**CHIEF JUDGE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI**