| Menu | | | | | | Muni DES |
|---|---|---|---|---|---|---|

End Date Adjusted to Fit in Range

20786LCS Muni    1) Export    MSRB Trade History

| Issuer | CONNECTOR 2000 ASSN INC SC TOL | | | CUSIP | 20786LCS8 |
|---|---|---|---|---|---|
| Issue | SR-SOUTHN CONNECTOR-A-ACA-CBI | | | | |
| Coupon | 5.25000 | Maturity 01/01/23 | Issued 02/01/98 | State | SC |

Range 04/01/11 - 09/18/11   ☐ Price   ☐ Price & Yield   Trade Size All Sizes

| Agg Volume (M) | Agg Trades | Trade Days | High | Low |
|---|---|---|---|---|
| 1,265 | 23 | 7 | 34.000 | 28.500 |

| | Date | *Volume (M) | Trades # | High | Low | **Average |
|---|---|---|---|---|---|---|
| 3) | 07/15/11 | 100 | 4 | 34.000 | 33.500 | 33.750 |
| 4) | 07/13/11 | 375 | 5 | 33.000 | 32.625 | 32.750 |
| 5) | 07/12/11 | 250 | 5 | 32.150 | 31.900 | 32.050 |
| 6) | 05/11/11 | 50 | 2 | 31.000 | 30.500 | 30.750 |
| 7) | 04/29/11 | 100 | 1 | 32.900 | 32.900 | 32.900 |
| 8) | 04/27/11 | 380 | 5 | 32.250 | 31.200 | 31.750 |
| 9) | 04/11/11 | 10 | 1 | 28.500 | 28.500 | 28.500 |

*Volumes of 1MM+ are considered 1MM until the actual volume is disclosed. **Average Price calculated by Bloomberg.

Australia 61 2 9777 8600  Brazil 5511 3048 4500  Europe 44 20 7330 7500  Germany 49 69 9204 1210  Hong Kong 852 2977 6000
Japan 81 3 3201 8900    Singapore 65 6212 1000    U.S. 1 212 318 2000    Copyright 2012 Bloomberg Finance L.P.
SN 592760 EDT  GMT-4:00 H443-2498-0 17-May-2012 14:48:40



EXHIBIT
1