```
 1

 2   SUPREME COURT OF THE STATE OF NEW YORK
     COUNTY OF NEW YORK - CIVIL TERM - PART 53
 3   ------------------------------------------X
     OPPENHEIMER AMT-FREE MUNICIPALS, OPPENHEIMER
 4   MULTI-STATE MUNICIPAL TRUST, on behalf of its
     series Oppenheimer Rochester National Municipals
 5   and OPPENHEIMER MUNICIPAL FUND, on behalf of its
     series Oppenheimer Limited Term Municipal Fund,
 6
                         Plaintiff,
 7
                    -against-
 8
     ACA FINANCIAL GUARANTY CORPORATION,
 9
                         Defendant.
10   ------------------------------------------X
     Index # 653290/2011          Proceedings
11
                                  60 Centre Street
12                                New York, New York
                                  April 18, 2012
13

14   B E F O R E:

15             HONORABLE CHARLES E. RAMOS,
                          Justice.
16
     A P P E A R A N C E S:
17
        SIDLEY AUSTIN, LLP
18      787 Seventh Avenue
        New York, New York 10018
19         BY:  JOHN G. HUTCHINSON, ESQ.
                BENJAMIN HOFFART, ESQ.
20              JOHN J. LAVELLE, ESQ.
                Attorneys for Plaintiff
21
        PROSKAUER ROSE, LLP
22      Eleven Times Square
        New York, New York 10036
23         BY:  STEVEN H. HOLINSTAT, ESQ.
                JEFF MARWIL, ESQ.
24              SAMANTHA SPRINGER, ESQ.
                Attorneys for Defendant
25
                         DEBORAH A. ROTHROCK, RPR
26                       Official Court Reporter
```

EXHIBIT 4

1                    -Proceedings-
2    somewhat million dollars?
3              MR. HUTCHINSON:  My clients purchased some
4    37.18 million in certificates of bond insurance, or as they
5    call them CBIs, issued by ACA relating to certain of the
6    zero coupon municipal bond.
7              THE COURT:  When was the purchase made?
8              MR. HUTCHINSON:  I believe it was made after 2001,
9    your Honor.
10             THE COURT:  Not after the collapse?  The purchase
11   was done before the financial collapse?
12             MR. HUTCHINSON:  Correct, your Honor.
13             THE COURT:  Okay.
14             MR. HUTCHINSON:  And ACA received a premium,
15   obviously, for issuing those policies.
16             THE COURT:  Were the insured bonds investment
17   quality -- how well were they rated?
18             MR. HUTCHINSON:  This is very important to the
19   motion, your Honor.  They are what is known as financial
20   guaranty insurance, which are issued by monoline insurers.
21   And they are governed by the New York Insurance Law.  And
22   there are specific provisions as to what these kinds of
23   policies have to contain.  I will take you more through the
24   facts, but that insurance law is very important.
25             The insured bonds were wrapped by the policies and
26   evidenced by the CBIs.  Oppenheimer was entitled to receive