UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

| | |
|---|---|
| JAMES E. DAVIS, INDIVIDUALLY AND FRANCOIS KOHLMAN, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED | PLAINTIFF |
| VS. | CAUSE NO. 3:11-CV-093-MPM-SAA |
| ACA FINANCIAL GUARANTY CORPORATION, and JOHN DOES One through Ten | DEFENDANTS |

**ACA FINANCIAL GUARANTY CORPORATION'S
CONSENT TO PLAINTIFFS' MOTION FOR EXTENSION OF TIME TO COMPLETE
<u>BRIEFING ON THE PENDING MOTION TO CERTIFY CLASS</u>**

On June 13, 2012, Plaintiffs moved for an extension of time until and through June 21, 2012 to file their reply brief on the pending Motion to Certify Class and Memorandum of Law in Support Thereof (the "Motion to Certify Class"). ACA Financial Guaranty Corporation ("ACA") consents to the extension.

RESPECTFULLY SUBMITTED, this 14th day of June, 2012.

<u>/s/ Mason E. Lowe</u>
W. Wayne Drinkwater (MBN 6193)
Mason E. Lowe (MBN 102393)
BRADLEY ARANT BOULT CUMMINGS LLP
Suite 400, One Jackson Place
188 East Capitol Street
Post Office Box 1789
Jackson, MS 39215-1789
Telephone: (601) 948-8000
Facsimile: (601) 948-3000

**ATTORNEYS FOR DEFENDANT**

4/321061.1

**CERTIFICATE OF SERVICE**

      I hereby certify that on June 20, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

      /s/  Mason E. Lowe