**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION**

**JAMES E. DAVIS, INDIVIDUALLY AND**      **PLAINTIFFS**
**FRANCOIS KOHLMAN, INDIVIDUALLY AND
ON BEHALF OF ALL OTHERS SIMILARLY
SITUATED**

**VS.**      **CAUSE NO. 3:11-CV-093-MPM-SAA**

**ACA FINANCIAL GUARANTY**      **DEFENDANTS**
**CORPORATION, and
JOHN DOES One through Ten**

**ORDER ON MOTION FOR EXTENSION OF TIME TO COMPLETE BRIEFING ON
THE PENDING MOTION TO CERTIFY CLASS**

Presently pending before the Court is Plaintiffs' Motion for Extension of Time to Complete Briefing on the Pending Motion to Certify Class. For the reasons stated in the Plaintiffs' Motion for Extension of Time, the Court finds this request to be reasonable and well taken.

IT IS THEREFORE ORDERED, that Plaintiffs shall have an extension of time until and through June 21, 2012, to file their reply brief in support of their Motion to Certify Class.

SO ORDERED, this the 15th day of June, 2012.

                                           **/s/ MICHAEL P. MILLS
CHIEF JUDGE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI**