# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
## NORTHERN DIVISION

```
-------------------------------------------------------------------  x
                                                                     :
JAMES E. DAVIS, INDIVIDUALLY AND ON                                  :
BEHALF OF ALL OTHERS SIMILARLY                                       :
SITUATED,                                                            :
                                                                     :
                              Plaintiff,                             :   Case No. 3:11CV093-M-A
                                                                     :
              vs.                                                    :
                                                                     :
ACA FINANCIAL GUARANTY CORPORATION,                                  :
and JOHN DOES One through Ten,                                       :
                                                                     :
                              Defendants.                            :
                                                                     :
                                                                     :
-------------------------------------------------------------------  x
```

## NOTICE OF SERVICE OF DISCOVERY

PLEASE TAKE NOTICE that ACA Financial Guaranty Corporation this day served upon Plaintiff the following:

**INITIAL DISCLOSURES OF ACA FINANCIAL GUARANTY CORPORATION**

The original pleading is being retained in the possession of the undersigned counsel in accordance with L. U. Civ. R. 5(d).

RESPECTFULLY SUBMITTED, this 18th day of June, 2012.

                                                   /s/ Mason E. Lowe
                                                 W. Wayne Drinkwater (MBN 6193)
                                                 Mason E. Lowe (MBN 102393)
                                                 BRADLEY ARANT BOULT CUMMINGS LLP
                                                 Suite 400, One Jackson Place
                                                 188 East Capitol Street
                                                 Post Office Box 1789
                                                 Jackson, MS 39215-1789
                                                 Telephone: (601) 948-8000
                                                 Facsimile: (601) 948-3000

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 18, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>Jesse Mitchell, III Esq.
>William M. Quin, II, Esq.
>O. Stephen Montagnet, III, Esq.
>MCCRANEY MONTAGNET & QUIN, PLLC
>602 Steed Road, Suite 200
>Ridgeland, Mississippi 39157
>**Attorney for Plaintiff**

>/s/ Mason E. Lowe
>MASON E. LOWE

4/321506.1