UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

JAMES E. DAVIS, INDIVIDUALLY AND                                    PLAINTIFFS
FRANCOIS KOHLMAN, INDIVIDUALLY AND
ON BEHALF OF ALL OTHERS SIMILARLY
SITUATED


VS.                                          CAUSE NO. 3:11-CV-093-MPM-SAA

ACA FINANCIAL GUARANTY                                             DEFENDANTS
CORPORATION, and
JOHN DOES One through Ten

---

## NOTICE OF SERVICE OF DISCOVERY

---

PLEASE TAKE NOTICE that James E. Davis, individually and Francois Kohlman,

individually and on behalf of all others similarly situated this day served upon Defendant

the *Initial Disclosures of Plaintiffs.*

The original pleading is being retained in the possession of the undersigned counsel

in accordance with L. U. Civ. R. 5(d).

RESPECTFULLY SUBMITTED, this 18th day of June, 2012.


                                    /s/ Jesse Mitchell, III
                              Jesse Mitchell, III (MS Bar No. 103020)
                              William M. Quin II (MS Bar No. 10834)
                           O. Stephen Montagnet III (MS Bar No. 10049)
                                            *Attorneys for Plaintiffs*

OF COUNSEL:

MCCRANEY MONTAGNET & QUIN, PLLC
602 Steed Road, Suite 200
Ridgeland, Mississippi 39157
Telephone:    601.707.5725
Facsimile:    601.510.2939

**<u>CERTIFICATE OF SERVICE</u>**

      I hereby certify that on June 18th, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

                            _/s/ Jesse Mitchell, III_
                              JESSE MITCHELL, III