# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
## WESTERN DIVISION

## CIVIL MINUTES

Case No 3:11CV093-M-A     Place Held: OXFORD
Style: DAVIS    V. ACA
Date/Time Began 06/25/12 at 11:00 a.m.. Date/Time Ended: 06/25/12 at 12:15 p.m.

Total Time  1 hr 15 min

PRESENT: Honorable **S. ALLAN ALEXANDER, MAGISTRATE JUDGE**

Deputy Clerk                                Court Reporter

Attorneys for Plaintiff(s)                Attorneys for Defendant(s):
  Jesse Mitchell, III                       W. Wayne Drinkwater, Jr.
  O. Stephen Montagnet, III                    Mason Ernest Lowe

PROCEEDINGS: Case Management Conference
Held    X    Not Held_____ Canceled _____ Reset _____

Docket Entry:
Conference held.   Case Management Order to be entered.

DAVID CREWS, CLERK

/s/ Willie Sue Miller
By:_____
Courtroom Clerk