*UNITED STATES DISTRICT COURT*
NORTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

**NOTICE**

JAMES E. DAVIS, ET AL.

V.   **CASE NUMBER: 3:11CV93 M-A**

ACA FINANCIAL GUARANTY CORPORATION, ET AL.

**TAKE NOTICE** that a proceeding in this case has been **SET** for the place, date, and time set forth below:

**Place**
 UNITED STATES FEDERAL BUILDING
 911 Jackson Avenue
 OXFORD, MISSISSIPPI 38655

**Room No.**
COURTROOM 1 - FIRST FLOOR

_____

**Date and Time**
**MONDAY, FEBRUARY 3, 2014, 9:40 AM**

**Type of Proceeding**
**MVD/ JURY TRIAL SET BEFORE CHIEF U.S. DISTRICT JUDGE MICHAEL P. MILLS.
YOUR CASE MIGHT NOT BE THE ONLY CASE SET FOR TRIAL ON THIS DATE.
YOU SHALL BE PREPARED TO CONDUCT VOIR DIRE ON THE ABOVE DATE AND
BE ON STANDBY FOR TRIAL IF ANOTHER CASE PRECEDES YOUR CASE.**

DAVID CREWS, Clerk of Court

 /s/Sallie Wilkerson
(BY) Sallie Wilkerson  - Courtroom Deputy

Date:  July 3, 2012

To:     Jesse Mitchell , III  (electronic notice only)

        O. Stephen Montagnet , III  (electronic notice only)

        William Monroe Quin , II  (electronic notice only)

        W. Wayne Drinkwater , Jr.  (electronic notice only)

        Mason Ernest Lowe (electronic notice only)

        William I. Niles
        Joyce B. Niles
        24 Oaks Lane
        Boynton Beach, FL 33436

**CONTACT SALLIE WILKERSON AT 662/281-3041 or by email Sallie_Wilkerson@msnd.uscourts.gov
IF YOU HAVE ANY QUESTIONS.**