## IN THE UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF MISSISSIPPI NORTHERN DIVISION

**JAMES E. DAVIS, individually and on behalf of all others similarly situated**            **PLAINTIFFS**

**V.**            **CIVIL ACTION NO. 3:11CV093-M-A**

**ACA FINANCIAL GUARANTY CORPORATION, and JOHN DOES One through Ten**            **DEFENDANTS**

### ENTRY OF APPEARANCE

PLEASE TAKE NOTICE that Erin Saltaformaggio of the law firm Bradley Arant Boult Cummings LLP enters her appearance on behalf of ACA Financial Guaranty Corporation in the above-captioned action.

RESPECTFULLY SUBMITTED, this 5th day of July, 2012.

           Respectfully submitted,

           /s/ Erin Saltaformaggio
           W. Wayne Drinkwater, Jr. (MBN #6193)
           Erin Saltaformaggio (MBN #103999)
           BRADLEY ARANT BOULT CUMMINGS LLP
           One Jackson Place, Suite 400
           188 East Capitol Street
           Post Office Box 1789
           Jackson, MS 39215-1789
           Telephone: (601) 948-8000
           Facsimile: (601) 948-3000

           *Attorneys for Defendant*
           *ACA Financial Guaranty Corporation*

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 5, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>Jesse Mitchell, III Esq.
>William M. Quin, II, Esq.
>O. Stephen Montagnet, III, Esq.
>MCCRANEY MONTAGNET & QUIN, PLLC
>602 Steed Road, Suite 200
>Ridgeland, Mississippi 39157
>**Attorneys for Plaintiff**

    /s/ Erin Saltaformaggio
ERIN SALTAFORMAGGIO