# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION
**NOTICE**

**JAMES E. DAVIS, ET AL**

    **V**　　　　　　　　　　　　　　　　　　　　**CASE NO. 3:11CV093-M-A**

**ACA FINANCIAL GUARANTY CORPORATION**

**TAKE NOTICE** that a proceeding in this case has been **SET** for the date time and place set forth below:

*Place*
U.S. FEDERAL BLDG.
**Oxford**, MS 38655

*Room No.*
911 Jackson Ave., Room 242

*Date and Time*
**December 9, 2013 at 9:00 a.m.**

*Type of Proceeding*

**FINAL PRETRIAL CONFERENCE
BEFORE UNITED STATES MAGISTRATE JUDGE ALLAN ALEXANDER**

    DAVID CREWS
    Clerk of Court
/s/ Willie Sue Miller

(BY) Willie Sue Miller
Courtroom Deputy

Date: July 11, 2012

**CONTACT WILLIE SUE MILLER AT 662-234-3114 IF YOU HAVE ANY QUESTIONS**