UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

JAMES E. DAVIS, INDIVIDUALLY AND
FRANCOIS KOHLMAN, INDIVIDUALLY AND
ON BEHALF OF ALL OTHERS SIMILARLY
SITUATED                                                                                    PLAINTIFFS

VS.                                                            CAUSE NO. 3:11-CV-093-MPM-SAA

ACA FINANCIAL GUARANTY
CORPORATION, and
JOHN DOES One through Ten                                                           DEFENDANTS

**MOTION TO WITHDRAW AND SUBSTITUTE LAW FIRMS**

COMES NOW William Quin, II of the law firm McCraney Montagnet & Quin, PLLC ("MMQ") and Jesse Mitchell III of The Mitchell Firm, PLLC ("TMF") and respectfully move the Court for leave to withdraw MMQ as counsel for the Plaintiffs and substitute TMF as the law firm of record in the captioned matter. As grounds for this Motion, Movants state the following:

1. Attorney Jesse Mitchell is counsel of record for the Plaintiffs and until recently was employed by MMQ. However, as of July 14, 2012, Mr. Mitchell moved his practice to TMF and will continue to represent the Plaintiffs in this matter along with TMF.

2. MMQ will no longer represent the Plaintiffs and desires to withdraw as the firm of record.

3. The Plaintiffs are aware of the requested withdrawal and substitution and desires that the motion be granted allowing MMQ to withdraw and substitute TMF as the firm of record.

4. Neither the Plaintiffs nor the Defendants will be prejudiced by the requested withdrawal and substitution.

WHEREFORE, PREMISES CONSIDERED, William Quin II and Jesse Mitchell III move the court to grant them leave for MMQ to withdraw as counsel of record in this matter for the Plaintiffs and substitute The Mitchell Firm, PLLC as the firm of record for the Plaintiffs.

This, the 31st day of July, 2012.

            Respectfully submitted,

            /s/ William Quin II
            William M. Quin II (MB# 10834)


            /s/ Jesse Mitchell, III
            Jesse Mitchell, III (MB #103020)

            ATTORNEYS FOR PLAINTIFF

OF COUNSEL:

William M. Quin II (MB# 10834)
MCCRANEY MONTAGNET & QUIN, PLLC.
602 Steed Rd., Ste 200
Ridgeland, MS 39157
Telephone: (601) 707-5725
Facsimile: (601) 510-3929

OF COUNSEL:

Jesse Mitchell III (MB #103020)
THE MITCHELL FIRM, PLLC
602 Steed Rd., Ste 110
Ridgeland, MS 39157
Telephone: (769) 300-0462
Facsimile: (601) 510-1981
E-Mail: jmitchell@themitchellfirms.com

**CERTIFICATE OF SERVICE**

I hereby certify that on July 31, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

        Respectfully submitted,

        _____/s/ Jesse Mitchell, III_____