UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

JAMES E. DAVIS, INDIVIDUALLY AND
FRANCOIS KOHLMAN, INDIVIDUALLY AND
ON BEHALF OF ALL OTHERS SIMILARLY
SITUATED                                                                                      PLAINTIFFS

VS.                                                                CAUSE NO. 3:11-CV-093-MPM-SAA

ACA FINANCIAL GUARANTY
CORPORATION, and
JOHN DOES One through Ten                                                          DEFENDANTS

**MOTION TO WITHDRAW**

COMES NOW William Quin, II and Stephen Montagnet, III and respectfully move the Court for leave to withdraw as counsel for the Plaintiffs in the captioned matter. As grounds for this Motion, Movants state the following:

1. Attorney Jesse Mitchell, III is counsel of record for the Plaintiffs, has represented the Plaintiffs throughout this action, and until recently practiced with Mr. Quin and Mr. Montagnet at the law firm of McCraney Montagnet & Quin, PLLC. However, as of July 14, 2012, Mr. Mitchell moved his practice to The Mitchell Firm, PLLC and will continue as counsel in this matter along with The Mitchell Firm, PLLC.

2. Mr. Quin and Mr. Montagnet will no longer represent the Plaintiffs and desire to withdraw as counsel.

3. The Plaintiffs are aware of the requested withdrawals and desire that the motion be granted. As required by Local Rule 83.1 (b)(3), this motion is duly noticed to all parties and their counsel of record.

  4. Neither the Plaintiffs nor the Defendants will be prejudiced by the requested withdrawal.

  WHEREFORE, PREMISES CONSIDERED, William Quin, II and Stephen Montagnet, III move the court to grant them leave to withdraw as counsel in this matter for the Plaintiffs who will continue to be represented by counsel of record, Jesse Mitchell III.

  This, the 7th day of August, 2012.

                Respectfully submitted,

                 /s/ William Quin II
                William M. Quin II (MB# 10834)

                 /s/ O. Stephen Montagnet III
                O. Stephen Montagnet (MB# 10049)

                 /s/ Jesse Mitchell, III
                Jesse Mitchell, III (MB #103020)

              ATTORNEYS FOR PLAINTIFF

OF COUNSEL:

William M. Quin II (MB# 10834)
Stephen Montagnet III (MB# 10049)
MCCRANEY MONTAGNET & QUIN, PLLC.
602 Steed Rd., Ste 200
Ridgeland, MS 39157
Telephone: (601) 707-5725
Facsimile: (601) 510-3929

OF COUNSEL:

Jesse Mitchell III (MB #103020)
THE MITCHELL FIRM, PLLC
602 Steed Rd., Ste 110
Ridgeland, MS 39157
Telephone: (769) 300-0462
Facsimile: (601) 510-1981
E-Mail: jmitchell@themitchellfirms.com

**CERTIFICATE OF SERVICE**

I hereby certify that on August 7, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record and mailed the same to the below individuals/parties via U.S. Mail.

>JAMES E. DAVIS
>44 County Road 228
>Oxford, Mississippi 38655
>**PLAINTIFF**
>
>FRANCOIS KOHLMANN
>6400 Saint Maple Lane
>Boca Raton, Florida 33488
>**PLAINTIFF**
>
>JOYCE B. NILES and WILLIAM I. NILES
>24 Oaks Lane
>Boynton Beach, Florida 33436
>**MONITORING BONDHOLDER**

>>Respectfully submitted,
>>
>>_____/s/ William Quin, II_____