**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION**

**JAMES E. DAVIS and
FRANCOIS KOHLMAN** **PLAINTIFFS**

**VS.** **CIVIL ACTION NO. 3:11CV093-M-A**

**ACA FINANCIAL GUARANTY CORPORATION** **DEFENDANT**

**ORDER**

William Quin II and Stephen Montagnet III seek leave to withdraw as counsel of record for the plaintiffs. As Jesse Mitchell III will remain as counsel of record for the plaintiffs, the court concludes that the motion is well taken. It is

ORDERED

that the motion to have William Quin II and Stephen Montagnet III withdrawn as counsel of record for the plaintiffs is granted.

THIS the 20th day of August, 2012.

/s/ S. Allan Alexander
UNITED STATES MAGISTRATE JUDGE