Notice (N.D.Miss.1990)

## *UNITED STATES DISTRICT COURT*
NORTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

## **NOTICE**

JAMES E. DAVIS, ET AL

      V.                      CASE NO.  3:11CV093-M-A

ACA FINANCIAL GUARANTY CORPORATION, ET AL

---

**TAKE NOTICE** that a proceeding in this case has been **RESET** for the place, date, and time set forth below:

---

*Place*
FEDERAL BLDG.
Oxford, MS.

*Room No.*
911 Jackson Ave., Suite 242

*Date and Time*
September 17, 2012 at 3:30 p.m.

---

*Type of Proceeding*

**STATUS CONFERENCE**
**BEFORE UNITED STATES MAGISTRATE JUDGE ALLAN ALEXANDER**

---

                                                DAVID CREWS
                                                Clerk of Court

                                                /s/ Willie Sue Miller

                                                (BY) Willie Sue Miller
                                                Courtroom Deputy

Date: September 6, 2012

**CONTACT WILLIE SUE MILLER AT 234-3114 IF YOU HAVE ANY QUESTIONS**