# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
## WESTERN DIVISION

## CIVIL MINUTES

Case No 3:11CV093-M-A    Place Held:  OXFORD
Style:  DAVIS     V.   ACA
Date/Time Began 09/17/12 at 3:30 p.m.  Date/Time Ended:  09/17/12 at 4:30 p.m.

　　　　Total Time      1 hr

PRESENT:  Honorable **S. ALLAN ALEXANDER, MAGISTRATE JUDGE**

　　Deputy Clerk　　　　　　　　　　　Court Reporter

Attorneys for Plaintiff(s)　　　　　　Attorneys for Defendant(s):
 Jesse Mitchell, III　　　　　　　　　 W. Wayne Drinkwater, Jr.
　　　　　　　　　　　　　　　　　　 Erin Diane Saltaformaggio

　　PROCEEDINGS: Status  Conference
Held    X    Not Held_____  Canceled _____  Reset _____

Docket Entry:
Conference held.

　　　　　　　　　　　　　　　　　　　　　　　DAVID CREWS, CLERK

　　　　　　　　　　　　　　　　　　　　　　　　/s/ Willie Sue Miller
　　　　　　　　　　　　　　　　　　　　By:_____
　　　　　　　　　　　　　　　　　　　　　　　Courtroom Clerk