Notice (N.D.Miss.1990)

*UNITED STATES DISTRICT COURT*
NORTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

## **NOTICE**

JAMES E. DAVIS, ET AL

      V.                          CASE NO.   3:11CV093-M-A

ACA FINANCIAL GUARANTY CORPORATION, ET AL

**TAKE NOTICE** that a proceeding in this case has been **SET** for the place, date, and time set forth below:

*Place*
FEDERAL BLDG.
Oxford, MS.

*Room No.*
911 Jackson Ave., Suite 242

*Date and Time*
November 9, 2012 at 9:00 a.m.

*Type of Proceeding*

**TELEPHONIC STATUS CONFERENCE**
**BEFORE UNITED STATES MAGISTRATE JUDGE ALLAN ALEXANDER**
*CONFERENCE CALL TO BE INITIATED BY PLAINTIFF*

                                          DAVID CREWS
                                           Clerk of Court

                                         /s/ Willie Sue Miller

                                         (BY) Willie Sue Miller
                                         Courtroom Deputy

Date: September 18, 2012

**CONTACT WILLIE SUE MILLER AT 234-3114 IF YOU HAVE ANY QUESTIONS**