UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

| | |
|---|---|
| JAMES E. DAVIS, INDIVIDUALLY AND FRANCOIS KOHLMAN, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED | PLAINTIFFS |
| VS. | CAUSE NO. 3:11-CV-093-MPM-SAA |
| ACA FINANCIAL GUARANTY CORPORATION, and JOHN DOES One through Ten | DEFENDANTS |

**NOTICE OF SERVICE OF DISCOVERY**

PLEASE TAKE NOTICE that James E. Davis, individually and Francois Kohlman, individually and on behalf of all others similarly situated this day served upon Defendant the following discovery:

1. *Plaintiffs' First Set of Request for Production of Documents to Defendant ACA Financial Guaranty Corporation; and*

2. *Plaintiffs' First Set of Request for Admissions to Defendant ACA Financial Guaranty Corporation; and*

3. *Plaintiffs' First Set of Interrogatories to Defendant ACA Financial Guaranty Corporation.*

The original pleading is being retained in the possession of the undersigned counsel in accordance with L. U. Civ. R. 5(d).

RESPECTFULLY SUBMITTED, this 25th day of September, 2012.

/s/ Jesse Mitchell, III
Jesse Mitchell, III (MS Bar No. 103020)
*Attorneys for Plaintiffs*

OF COUNSEL:

THE MITCHELL FIRM, PLLC
774 Avery Blvd. N, Suite G
Ridgeland, Mississippi 39157
Telephone:   769.300.0462
Facsimile:   601.510.1981
Email:       jmitchell@themitchellfirms.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on September 25th, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

                                        /s/ *Jesse Mitchell, III*
                                            JESSE MITCHELL, III