**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION**

**JAMES E. DAVIS AND FRANCOIS KOHLMANN,
INDIVIDUALLY AND ON BEHALF OF ALL
OTHERS SIMILARLY SITUATED**                                   **PLAINTIFF**

**VERSUS**                        **CIVIL ACTION NO: 3:11CV-093-MPM-SAA**

**ACA FIANCIAL GUARANTY CORPORATION
AND JOHN DOES One through Ten**                       **DEFENDANTS**

## <u>NOTICE OF SERVICE</u>

Notice is hereby given that Defendant ACA Financial Guaranty Corporation

served this day, the following:

1.     Defendant's First Set of Interrogatories to Plaintiffs James E. Davis and Francois Kohlmann, Individually and on Behalf of All Others Similarly Situated

2.     Defendant's First Set of Requests for Production of Documents to Plaintiffs James E. Davis and Francois Kohlmann, Individually And on Behalf of All Others Similarly Situated

RESPECTFULLY SUBMITTED, this the 23rd day of October, 2012.

                                    /s/W. Wayne Drinkwater, Jr.
                                    W. Wayne Drinkwater, Jr. (MBN 6193)

                                    BRADLEY ARANT BOULT CUMMINGS LLP
                                    One Jackson Place
                                    188 E. Capitol Street, Suite 400
                                    Jackson, Mississippi 39201
                                    Telephone: (601) 948-8000
                                    Facsimile: (601) 948-3000
                                    Attorney for Defendant
                                    ACA Financial Guaranty Corporation

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on October 23, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will deliver copies to all counsel of record.

/s/W. Wayne Drinkwater, Jr.
W. WAYNE DRINKWATER, JR.