**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION**

**JAMES D. DAVIS**                                                              **PLAINTIFF**

**v.**                                                      **CIVIL ACTION NO. 3:11CV093-M-A**

**ACA FINANCIAL GUARANTY CORPORATION**              **DEFENDANT**

**ORDER**

Defendant seeks an extension of time to respond to discovery propounded by the plaintiff, and plaintiff has no objection. The court has reviewed the motion and the record and because the discovery deadline is September 19, 2013 concludes that the motion is well taken. It is

**ORDERED**

that the defendant is granted November 24, 2012 to respond to plaintiff's request for production of documents 1, 2, 4, 5, 6, and 7 and first set of interrogatories 1, 2, 3, 4, 5, 7, 10, 11, 12, 13, 14, and 15.

This, the 24th day of October, 2012.

                                                   /s/ S. Allan Alexander
                                                   UNITED STATES MAGISTRATE JUDGE