# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF MISSISSIPPI
## NORTHERN DIVISION

JAMES E. DAVIS AND FRANCOIS KOHLMANN,
INDIVIDUALLY AND ON BEHALF OF ALL
OTHERS SIMILARLY SITUATED                                             PLAINTIFF

VERSUS                                                                 CIVIL ACTION NO: 3:11CV-093-MPM-SAA

ACA FIANCIAL GUARANTY CORPORATION
AND JOHN DOES One through Ten                                             DEFENDANTS

## **NOTICE OF SERVICE**

Notice is hereby given that Defendant ACA Financial Guaranty Corporation served this day, the following:

    ACA Financial Guaranty's Responses to Plaintiffs' Requests for Admission; First Set of Interrogatories and Request for Production of Documents

RESPECTFULLY SUBMITTED, this the 25th day of October, 2012.

                                                   /s/W. Wayne Drinkwater, Jr._____
                                                   W. Wayne Drinkwater, Jr. (MBN 6193)
                                                   Erin Saltaformaggio (MBN 103999)

                                                   BRADLEY ARANT BOULT CUMMINGS LLP
                                                   One Jackson Place
                                                   188 E. Capitol Street, Suite 400
                                                   Jackson, Mississippi 39201
                                                   Telephone: (601) 948-8000
                                                   Facsimile: (601) 948-3000
                                                   Attorney for Defendant
                                                   ACA Financial Guaranty Corporation

## **CERTIFICATE OF SERVICE**

      I hereby certify that on October 25, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will deliver copies to all counsel of record.

                                              /s/W. Wayne Drinkwater, Jr._____
                                              W. WAYNE DRINKWATER, JR.