Notice (N.D.Miss.1990)

## *UNITED STATES DISTRICT COURT*
NORTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

## **NOTICE**

JAMES E. DAVIS, ET AL

      V.            CASE NO. 3:11CV093-M-A

ACA FINANCIAL GUARANTY CORPORATION, ET AL

---

**TAKE NOTICE** that a proceeding in this case has been **CANCELED** for the place, date, and time set forth below:

---

*Place*
FEDERAL BLDG.
Oxford, MS.

*Room No.*
911 Jackson Ave., Suite 242

*Date and Time*
November 9, 2012 at 9:00 a.m.
**Canceled**

---

*Type of Proceeding*

### STATUS CONFERENCE
### BEFORE UNITED STATES MAGISTRATE JUDGE ALLAN ALEXANDER

---

                              DAVID CREWS
                              Clerk of Court

                              /s/ Willie Sue Miller

                              (BY) Willie Sue Miller
                              Courtroom Deputy

Date: November 8, 2012

**CONTACT WILLIE SUE MILLER AT 234-3114 IF YOU HAVE ANY QUESTIONS**