**IN THE UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF MISSISSIPPI NORTHERN DIVISION**

| | |
|---|---|
| **JAMES E. DAVIS, individually and on behalf of all others similarly situated** | **PLAINTIFFS** |
| **V.** | **CIVIL ACTION NO. 3:11CV093-M-A** |
| **ACA FINANCIAL GUARANTY CORPORATION, and JOHN DOES One through Ten** | **DEFENDANTS** |

## ENTRY OF APPEARANCE

PLEASE TAKE NOTICE that David W. Clark of the law firm Bradley Arant Boult Cummings LLP enters his appearance on behalf of ACA Financial Guaranty Corporation in the above-captioned action.

RESPECTFULLY SUBMITTED, this 15th day of November, 2012.

Respectfully submitted,

/s/ David W. Clark
W. Wayne Drinkwater, Jr. (MBN #6193)
David W. Clark (MBN #6112)
Erin Saltaformaggio (MBN #103999)
BRADLEY ARANT BOULT CUMMINGS LLP
One Jackson Place, Suite 400
188 East Capitol Street
Post Office Box 1789
Jackson, MS 39215-1789
Telephone: (601) 948-8000
Facsimile: (601) 948-3000

*Attorneys for Defendant
ACA Financial Guaranty Corporation*

4/347224.1

# **CERTIFICATE OF SERVICE**

I hereby certify that on November 15, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

> Jesse Mitchell, III Esq.
> William M. Quin, II, Esq.
> O. Stephen Montagnet, III, Esq.
> MCCRANEY MONTAGNET & QUIN, PLLC
> 602 Steed Road, Suite 200
> Ridgeland, Mississippi 39157
> **Attorneys for Plaintiff**

/s/ David W. Clark
DAVID W. CLARK