NOTE OF ISSUE
_____

# New York Supreme Court

APPELLATE DIVISION — FIRST DEPARTMENT



| | |
|---|---|
| OPPENHEIMER AMT-FREE MUNICIPALS, OPPENHEIMER MULTI-STATE MUNICIPAL TRUST, on behalf of its series OPPENHEIMER ROCHESTER NATIONAL MUNICIPALS, and OPPENHEIMER MUNICIPAL FUND, on behalf of its series OPPENHEIMER LIMITED TERM MUNICIPAL FUND, *Plaintiffs-Respondents,* against ACA FINANCIAL GUARANTY CORPORATION, *Defendant-Appellant.* | **New York County Clerk's Index No. 653290/11** |

1. The Notice of Appeal was served on or about October 3, 2012.
2. The Record on Appeal was filed on November 5, 2012.
3. This appeal seeks reversal of the Supreme Court's Judgment which granted Plaintiffs' Cross-Motion for Summary Judgment and denied the Defendant's Motion for the Denial of Declaratory Relief.
4. This action was commenced in the Supreme Court, New York County.
5. The index number of the case is 653290/11.
6. The Judgment appealed from was rendered by the Honorable Charles E. Ramos on July 23, 2012.
7. This appeal is noticed for the January 2013 Term.
8. FIRMS:

   DUANE MORRIS LLP
   *Attorneys for Defendant-Appellant*
   1540 Broadway
   New York, New York 10036
   212-692-1000

   SIDLEY AUSTIN LLP
   *Attorneys for Plaintiffs-Respondents*
   787 Seventh Avenue
   New York, New York 10019
   212-839-5300

FILED
NOV -5 2012
SUP COURT, APP. DIV.
FIRST DEPT.

Exhibit C