UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

| | |
|---|---|
| JAMES E. DAVIS, INDIVIDUALLY AND FRANCOIS KOHLMAN, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED | PLAINTIFFS |
| VS. | CAUSE NO. 3:11-CV-093-MPM-SAA |
| ACA FINANCIAL GUARANTY CORPORATION, and JOHN DOES One through Ten | DEFENDANTS |

## NOTICE OF SERVICE OF DISCOVERY

PLEASE TAKE NOTICE that Plaintiffs this day served upon Defendant the following discovery:

1. *Plaintiffs' Responses to Defendants' First Set of Interrogatories; and*

2. *Plaintiffs' Response to Defendants' First Set of Request for Production of Documents.*

The original pleading is being retained in the possession of the undersigned counsel in accordance with L. U. Civ. R. 5(d).

RESPECTFULLY SUBMITTED, this 3rd day of December, 2012.

                                                                                          */s/ Jesse Mitchell, III*
                                                               Jesse Mitchell, III (MS Bar No. 103020)
                                                               *Attorney for Plaintiffs*

OF COUNSEL:
THE MITCHELL FIRM, PLLC
774 Avery Blvd. N, Suite G
Ridgeland, Mississippi 39157
Telephone:    769.300.0462
Facsimile:     601.510.1981

**CERTIFICATE OF SERVICE**

      I hereby certify that on December 3, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

                                                           /s/ *Jesse Mitchell, III*
                                                            JESSE MITCHELL, III