UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

---

| | x | |
|---|---|---|
| JAMES E. DAVIS AND FRANCOIS KOHLMANN, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED | : | CASE NO. 3:11-CV-093-MPM-SAA |
| | : | **DECLARATION OF** |
| Plaintiffs, | : | **ERIN SALTAFORMAGGIO** |
| vs. | : | |
| ACA FINANCIAL GUARANTY CORPORATION, and JOHN DOES One through Ten | : | |
| Defendants. | : | |
| | x | |

ERIN SALTAFORMAGGIO, an attorney duly licensed to practice law before the Courts of the State of Mississippi, and this Court, hereby declares that the following is true under penalty of perjury:

I am an associate at the law firm of Bradley Arant Boult Cummings LLP, counsel for Defendant ACA Financial Guaranty Corporation ("ACA"), and submit this declaration in support of ACA's motion to dismiss the First Amended Class Action Complaint (the "Amended Complaint") in the above-captioned action, and to put before the Court: (a) a copy of the Amended Complaint; (b) certain documents referenced in the Amended Complaint but not attached thereto; and (c) certain publicly available documents that are matters of public record from the Chapter 9 bankruptcy court proceeding commenced by Connector 2000 Association, Inc. ("the Issuer"), titled, *In re Connector 2000 Association, Inc.*, Case No. 10-04467-dd, filed in the United States Bankruptcy Court for the District of South Carolina (the "Bankruptcy Action").

1. A true and correct copy of the Amended Complaint is annexed hereto as **Exhibit 1**.



DM1\3608356.1

2. A true and correct copy of the First Amended Disclosure Statement to First Amended Plan for Adjustment of Debts in the Bankruptcy Action, dated January 17, 2011, with the accompanying appendices, is annexed hereto as **Exhibit 2**.

3. True and correct copies of the Secondary Market Insurance Policies issued by ACA are annexed hereto collectively as **Exhibit 3**.

4. A true and correct copy of the Custody Agreement, dated November 3, 1997, as amended, is annexed hereto as **Exhibit 4**.

5. A true and correct copy of the docket in the Bankruptcy Action is annexed hereto as **Exhibit 5**.

6. A true and correct copy of the Issuer's List of Creditors Holding 20 Largest Unsecured Claims, filed on June 24, 2010 in the Bankruptcy Action, is annexed hereto as **Exhibit 6**.

7. A true and correct copy of the Issuer's First Amended Plan for Adjustment of Debts (the "Plan") in the Bankruptcy Action, filed on March 16, 2011, and the Appendices to the Plan, filed on January 17, 2011 are annexed hereto collectively as **Exhibit 7**.

8. A true and correct copy of the Debtor's Ballot Tally in the Bankruptcy Action, filed on March 11, 2011, is annexed hereto as **Exhibit 8**.

9. A true and correct copy of the April 1, 2011 Order Confirming Debtor's First Amended Plan for Adjustment of Debts Pursuant to Chapter 9 of the Bankruptcy Code in the Bankruptcy Action is annexed hereto as **Exhibit 9**.

10. A true and correct copy of the April 22, 2011 Notice of Plan Confirmation and Mandatory Exchange issued by U.S. Bank Trust National Association is annexed hereto as **Exhibit 10**

DM1\3608356.1

11. A true and correct copy of ACA's May 12, 2011 letter is annexed hereto as **Exhibit 11**.

12. A true and correct copy of a July 6, 2011 Notice of Nonpayment is annexed hereto as **Exhibit 12**.

13. A true and correct copy of ACA's July 7, 2011 letter is annexed hereto as **Exhibit 13**.

14. A true and correct copy of the 1998 Bond Indenture is annexed hereto as **Exhibit 14**.

15. A true and correct copy of the decision in *Oppenheimer AMT-Free Municipals v. ACA Financial Guaranty Corp.*, 36 Misc. 3d 1229A is annexed hereto as **Exhibit 15**.

16. A true and correct copy of the ACA's Appeal Brief in *Oppenheimer AMT-Free Municipals v. ACA Financial Guaranty Corp.* is attached hereto as **Exhibit 16**.

I declare under penalty of perjury, and subject to the provisions of 28 U.S.C. § 1746, that the foregoing is true and correct.

Dated: Jackson, Mississippi
November 30, 2012

/s/Erin Saltaformaggio
Erin Saltaformaggio

DM1\3608356.1