IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**JAMES E. DAVIS,** *et al.*,     **PLAINTIFF**

**VERSUS**     **CIVIL ACTION NO: 3:11CV-093-MPM-SAA**

**ACA FIANCIAL GUARANTY CORPORATION,** *et al.*,
     **DEFENDANTS**

### ORDER

Counsel for all parties have agreed to a stay of discovery pending until further order and request a telephonic status conference after a decision on the appeal of the July 2012 New York Supreme Court in *Oppenheimer AMT-Free Municipals, et al. v. ACA Financial Guaranty Corp.*, Index No. 653290/11 (N.Y. Sup. Ct. July 2012). The court agrees that a measured stay of discovery may be beneficial to the efficient resolution of this action. It is, therefore,

**ORDERED**

(1) That the parties need not respond to interrogatories and requests for production previously served until further order of the court.

(2) The court will schedule a telephonic status conference for a date in later March to determine the parties' obligation with respect to the pending discovery requests.

All other scheduling remains in effect as previously ordered.

This, the 5th day of December, 2012.

     /s/ S. Allan Alexander
     UNITED STATES MAGISTRATE JUDGE