# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF MISSISSIPPI
## NORTHERN DIVISION

JAMES E. DAVIS AND FRANCOIS KOHLMANN,
INDIVIDUALLY AND ON BEHALF OF ALL
OTHERS SIMILARLY SITUATED                                     **PLAINTIFF**

**VERSUS**                               **CIVIL ACTION NO: 3:11CV-093-MPM-SAA**

ACA FIANCIAL GUARANTY CORPORATION
AND JOHN DOES One through Ten                                **DEFENDANTS**

## DEFENDANT ACA FINANCIAL GUARANTY CORPORATION'S WITHDRAWAL OF MOTION TO STAY PROCEEDINGS

Defendant ACA Financial Guaranty Corporation ("ACA") withdraws the motion to stay all proceedings in this action that ACA filed November 21, 2012 (Doc. 74).

RESPECTFULLY SUBMITTED, December 7, 2012.

        /s/David W. Clark_____
        David W. Clark (MBN 6112)
        Erin Saltaformaggio (MBN 103999)

        BRADLEY ARANT BOULT CUMMINGS LLP
        One Jackson Place
        188 E. Capitol Street, Suite 400
        Jackson, Mississippi 39201
        Telephone: (601) 948-8000
        Facsimile: (601) 948-3000
        esaltaformaggio@babc.com
        Attorney for Defendant
        ACA Financial Guaranty Corporation

## **CERTIFICATE OF SERVICE**

      I hereby certify that on December 7, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will deliver copies to all counsel of record.

                                        /s/David W. Clark
                                        DAVID W. CLARK