# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF MISSISSIPPI
## NORTHERN DIVISION

JAMES E. DAVIS AND FRANCOIS KOHLMANN,
INDIVIDUALLY AND ON BEHALF OF ALL
OTHERS SIMILARLY SITUATED                                             PLAINTIFF

VERSUS                                    CIVIL ACTION NO: 3:11CV-093-MPM-SAA

ACA FIANCIAL GUARANTY CORPORATION
AND JOHN DOES One through Ten                                         DEFENDANTS

## AGREED ORDER

The counsel for all the parties, including the Plaintiffs and the Defendant ACA Financial Guaranty Corporation ("ACA"), have advised the Court that they have agreed to an extension of time to submit (i) ACA's reply memorandum in support of Defendant's Motion to Dismiss and To Stay All Class Certification Proceedings [Doc. 77, 78] and (ii) Plaintiffs' reply memorandum in support of Plaintiffs' Second Motion to Certify Class or in The Alternative Leave to Join Additional Plaintiffs [Doc. 80], and the Court agreeing with the parties that such an extension will not cause delay and should be granted;

It is, therefore, ordered that the parties will have until and including January 11, 2013, in which to file their respective reply memoranda in support of Defendant's Motion to Dismiss and to Stay All Class Certification Proceedings or in support of Plaintiffs' Second Motion to Certify Class or in the Alternative Leave to Join Additional Plaintiffs.

So Ordered, this the 3rd day of January, 2012.

/s/ MICHAEL P. MILLS
**CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF MISSISSIPPI**