UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

---

JAMES E. DAVIS AND FRANCOIS KOHLMANN,
INDIVIDUALLY AND ON BEHALF OF ALL
OTHERS SIMILARLY SITUATED

      Plaintiffs,

vs.

ACA FINANCIAL GUARANTY CORPORATION, and
JOHN DOES One through Ten

      Defendants.

---

CASE NO. 3:11-CV-093-MPM-SAA

**DECLARATION OF
ERIN SALTAFORMAGGIO**

ERIN SALTAFORMAGGIO, an attorney duly licensed to practice law before the Courts of the State of Mississippi, and this Court, hereby declares that the following is true under penalty of perjury:

I am an associate at the law firm of Bradley Arant Boult Cummings LLP, counsel for Defendant ACA Financial Guaranty Corporation ("ACA"), and submit this declaration in support of ACA's reply in support of its motion to dismiss the First Amended Class Action Complaint (the "Amended Complaint") in the above-captioned action, and to put before the Court: (a) certain documents referenced in the Amended Complaint but not attached thereto; and (b) certain publicly available documents that are matters of public record from the instant lawsuit, *Oppenheimer AMT-Free Municipals, Oppenheimer Multi-State Municipal Trust, on behalf of its series Oppenheimer Rochester National Municipals, and Oppenheimer Municipal Fund, on behalf of its series Oppenheimer Limited Terms Municipal Fund v. ACA Financial Guaranty Corporation*, Index No. 653290/2011 (N.Y. Sup. Ct., N.Y. Co.), and the Chapter 9 bankruptcy



DM1\3608356.1

court proceeding commenced by Connector 2000 Association, Inc. ("the Issuer"), titled, *In re Connector 2000 Association, Inc.*, Case No. 10-04467-dd, filed in the United States Bankruptcy Court for the District of South Carolina (the "Bankruptcy Action").

17. A true and correct copy of Plaintiff's Interrogatory Responses is annexed hereto as **Exhibit 17**.

18. A true and correct copy of Notice of Nonpayment, dated January 6, 2011, is annexed hereto as **Exhibit 18**.

19. A true and correct copy of the Certificate of Bond Insurance for Bonds Insured by ACA Financial Guaranty Corporation as part of the record in the action titled, *Oppenheimer AMT-Free Municipals, Oppenheimer Multi-State Municipal Trust, on behalf of its series Oppenheimer Rochester National Municipals, and Oppenheimer Municipal Fund, on behalf of its series Oppenheimer Limited Terms Municipal Fund v. ACA Financial Guaranty Corporation*, Index No. 653290/2011 (N.Y. Sup. Ct., N.Y. Co.), is annexed hereto as **Exhibit 19**.

I declare under penalty of perjury, and subject to the provisions of 28 U.S.C. § 1746, that the foregoing is true and correct.

Dated: Jackson, Mississippi
January 11, 2012

/s/ Erin Saltaformaggio
Erin Saltaformaggio

2

DM1\3608356.1