**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF MISSISSIPPI**
**NORTHERN DIVISION**

| | |
|---|---|
| JAMES E. DAVIS AND FRANCOIS KOHLMANN, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED | PLAINTIFF |
| VS. | CAUSE NO. 3:11-CV-093-MPM-SAA |
| ACA FINANCIAL GUARANTY CORPORATION, and JOHN DOES One through Ten | DEFENDANTS |

**NOTICE OF VOLUNTARY DISMISSAL OF PLAINTIFF**
**FRANCOIS KOHLMANN WITHOUT PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Francois Kohlmann hereby notifies this Court and the parties that he voluntarily dismisses without prejudice all his claims against all Defendants. This notice concerns the claims of Plaintiff Francois Kohlmann only and does not concern any other Plaintiffs or claims. Rule 41(a)(1)(A)(i) provides that a notice of dismissal is appropriate for voluntary dismissal "before the opposing party serves either an answer or a motion for summary judgment." In this case, Defendants have filed neither an answer nor a motion for summary judgment.

Respectfully submitted, this the 17th day of May 2013.

By: /s/*JESSE MITCHELL, III*
Jesse Mitchell, III (MS Bar No.103020)
*Attorney for Plaintiffs*

OF COUNSEL:
THE MITCHELL FIRM, PLLC
774 Avery Blvd., Suite G
Ridgeland, Mississippi 39157
Telephone:    (769)300-0462
Facsimile:    (601)510-1981
Email:    jmitchell@themitchellfirms.com

CERTIFICATE OF SERVICE

    I hereby certify that on May 17, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

    Respectfully Submitted,

    /s/ *JESSE MITCHELL, III*
    JESSE MITCHELL, III (MSB 103020)