# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# OXFORD DIVISION

**JAMES E. DAVIS**                                                                            **PLAINTIFF**

**V.**                                            **CIVIL ACTION NO. 3:11CV093-M-A**

**ACA FINANCIAL GUARANTY**
**CORPORATION**                                                             **DEFENDANT**

## ORDER

Defendant has moved for an extension of time to file an answer, and plaintiff has no objection. The court has reviewed the motion and the record, which shows that defendant filed an answer on May 30, 2013, and concludes that the motion is well taken. It is

**ORDERED**

that the motion is granted, and the answer filed by defendant on May 30, 2013 is deemed timely filed.

This, the 30th day of May, 2013.

                                                                      /s/ S. Allan Alexander
                                                                      UNITED STATES MAGISTRATE JUDGE