# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
## OXFORD DIVISION

### CIVIL MINUTES

Case No 3:11CV093-M-A    Place Held:  OXFORD   / TELEPHONIC
Style:  DAVIS        V.    ACA
Date/Time Began 06/20/13 at 1:30 p.m.  Date/Time Ended:  06/20/13 at 2:10 p.m.

Total Time _____ 40 min _____

PRESENT:  Honorable **S. ALLAN ALEXANDER, MAGISTRATE JUDGE**

Deputy Clerk                              Court Reporter

Attorneys for Plaintiff(s)                      Attorneys for Defendant(s):

 Jesse Mitchell, III                            David W. Clark
                                          Erin Diane Saltaformaggio

     PROCEEDINGS:   Case Management Conference
Held _____X_____ Not Held_____ Canceled _____ Reset _____

_____

Docket Entry:
Conference held.   Case Management Order to be entered.

                                          DAVID CREWS, CLERK

                                          /s/ Willie Sue Miller
                              By:_____
                                          Courtroom Clerk