# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION
## NOTICE

**JAMES E. DAVIS, ET AL**

    **V**              **CASE NO. 3:11CV093-M-A**

**ACA FINANCIAL GUARANTY CORPORATION**

---

**TAKE NOTICE** that a proceeding in this case has been **SET** for the date time and place set forth below:

---

| *Place* | *Room No.* |
|---|---|
| U.S. FEDERAL BLDG.<br>**Oxford**, MS 38655 | 911 Jackson Ave., Room 242 |
| | *Date and Time*<br>**May 22, 2014 at 10:00 a.m.** |

*Type of Proceeding*

**FINAL PRETRIAL CONFERENCE
BEFORE UNITED STATES MAGISTRATE JUDGE ALLAN ALEXANDER**

---

             DAVID CREWS
             Clerk of Court
            /s/ Willie Sue Miller

            (BY) Willie Sue Miller
            Courtroom Deputy

Date: June 27, 2013

**CONTACT WILLIE SUE MILLER AT 662-234-3114 IF YOU HAVE ANY QUESTIONS**