# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
## OXFORD DIVISION

## CIVIL MINUTES

Case No 3:12CV027-A-A    Place Held:  OXFORD
Style:  HURST    V.    LEE
Date/Time Began 06/27/13 at 10:00 a.m.  Date/Time Ended:  06/27/13 at 11:40 a.m.

Total Time    1 hr 40 min

PRESENT:  Honorable **S. ALLAN ALEXANDER, MAGISTRATE JUDGE**

Deputy Clerk                              Court Reporter

Attorneys for Plaintiff(s)                 Attorneys for Defendant(s):

Jim D. Waide, III                          Gary L. Carnathan
                                           William C. Murphree

PROCEEDINGS:  Final Pretrial Conference / Settlement Conference
Held    X    Not Held_____  Canceled _____  Reset _____

Docket Entry:
Conference held.  Final Pretrial Order due to the court by 7/10/13.

DAVID CREWS, CLERK

/s/ Willie Sue Miller
By:_____
Courtroom Clerk