# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION
### NOTICE

**JAMES E. DAVIS**

    **V**                                          **CASE NO. 3:11CV093-M-A**

**ACA FINANCIAL GUARANTY CORPORATION**

      **TAKE NOTICE** that a proceeding in this case has been **RESET** for the date time and place set forth below:

*Place*
 U.S. FEDERAL BLDG.
**Oxford**, MS 38655

*Room No.*
911 Jackson Ave., Room 242

*Date and Time*
**May 22, 2014 at 9:00 a.m.**

*Type of Proceeding*

### FINAL PRETRIAL CONFERENCE
### BEFORE UNITED STATES MAGISTRATE JUDGE ALLAN ALEXANDER

      DAVID CREWS
      Clerk of Court
/s/ Willie Sue Miller

(BY) Willie Sue Miller
Courtroom Deputy

Date: August 27, 2013

**CONTACT WILLIE SUE MILLER AT 662-234-3114 IF YOU HAVE ANY QUESTIONS**