# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
## OXFORD DIVISION

**JAMES E. DAVIS,**                                                                       **PLAINTIFF**

**V.**                              **CIVIL ACTION NO. 3:11CV093-M-A**

**ACA FINANCIAL GUARANTY**
**CORPORATION,**                        **DEFENDANT**

## **ORDER**

Plaintiff seeks leave to file a second amended complaint to add another plaintiff, and defendant has no objection. Accordingly, it is

    **ORDERED**

that plaintiff's motion for leave to file a second amended complaint is GRANTED; plaintiff must, no later than September 11, 2013, electronically file the complaint in the same form as Exhibit A attached to the motion for leave to amend.

THIS the 4th day of September, 2013.

                                         /s/ S. Allan Alexander
                                         UNITED STATES MAGISTRATE JUDGE