Notice (N.D.Miss.1990)

*UNITED STATES DISTRICT COURT*
NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

## **NOTICE**

JAMES E. DAVIS

      V.                          CASE NO.   3:11CV093-M-A

ACA FINANCIAL GUARANTY CORPORATION

---

**TAKE NOTICE** that a proceeding in this case has been **SET** for the place, date, and time set forth below:

---

*Place*
FEDERAL BLDG.
Oxford, MS.

*Room No.*
911 Jackson Ave., Suite 242

*Date and Time*
September 18, 2013 at 11:00 a.m.

---

*Type of Proceeding*

**TELEPHONIC STATUS CONFERENCE**
**BEFORE UNITED STATES MAGISTRATE JUDGE ALLAN ALEXANDER**

---

                                          DAVID CREWS
                                          Clerk of Court

                                          /s/ Willie Sue Miller

                                          (BY) Willie Sue Miller
                                          Courtroom Deputy

Date: September 17, 2013

**CONTACT WILLIE SUE MILLER AT 234-3114 IF YOU HAVE ANY QUESTIONS**