# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
## OXFORD DIVISION

## CIVIL MINUTES

Case No 3:11CV093-M-A    Place Held:  OXFORD
Style:  DAVIS          V.   ACA
Date/Time Began 09/18/13 at 11:00 a.m.    Date/Time Ended:  09/18/13 at 10:30 a.m.

    Total Time    30 min

PRESENT:  Honorable **S. ALLAN ALEXANDER, MAGISTRATE JUDGE**

    Deputy Clerk          Court Reporter

Attorneys for Plaintiff(s)        Attorneys for Defendant(s):

Jesse Mitchell, III          David W. Clark

    PROCEEDINGS: Telephonic Status Conference
Held   X    Not Held_____   Canceled _____  Reset _____

Docket Entry:
Conference held.

                DAVID CREWS, CLERK

               /s/ Willie Sue Miller
         By:_____
                Courtroom Clerk