# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF MISSISSIPPI

**NOTICE**

JAMES E. DAVIS, ET AL.

V.  CAUSE NUMBER: 3:11CV93 M-A

ACA FINANCIAL GUARANTY CORPORATION

---

TAKE NOTICE that a proceeding in this case has been SET for the place, date, and time set forth below:

| **Place** | **Room No.** |
|---|---|
| UNITED STATES FEDERAL BUILDING<br>911 JACKSON AVENUE<br>OXFORD, MISSISSIPPI 38655 | COURTROOM NUMBER 1-FIRST FLOOR<br><br>Date and Time<br>WEDNESDAY, OCTOBER 30, 2013, 9:30 AM |

**Type of Proceeding**
MOTIONS HEARING: MOTION TO DISMISS [Doc. 109] MOTION FOR SUMMARY JUDGMENT [Doc. 112] MOTION TO DISMISS CERTAIN PLAINTIFFS' CLAIMS [Doc. 114] and MOTION TO STAY PROCEEDINGS [Doc. 116]
SET BEFORE CHIEF U.S. DISTRICT JUDGE MICHAEL P. MILLS

---

DAVID CREWS, Clerk of Court

/s/Sallie Wilkerson
(BY) Sallie Wilkerson-Courtroom Deputy

Date: October 9, 2013

To:   Jesse Mitchell , III (electronic notice only)

W. Wayne Drinkwater , Jr. (electronic notice only)

David W. Clark (electronic notice only)

Erin Diane Saltaformaggio  (electronic notice only)

Mason Ernest Lowe  (electronic notice only)

CONTACT SALLIE WILKERSON AT 662/281-3041 or Sallie_Wilkerson@msnd.uscourts.gov
IF YOU HAVE ANY QUESTIONS.