**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION**

**JAMES E. DAVIS, ET AL.**                                                          **PLAINTIFFS**

**vs.**                                                          **CAUSE NO. 3:11-CV-093-MPM-SAA**

**ACA FINANCIAL GUARANTY
CORPORATION, and
JOHN DOES One through Ten**                                  **DEFENDANTS**

**ACA FINANCIAL GUARANTY'S REPLY ON ITS MOTION TO DISMISS
FOR LACK OF SUBJECT MATTERE JURISDICTION**

Defendant ACA Financial Guaranty Corp. ("ACA") acknowledges that plaintiffs cured the jurisdictional defect in their Second Amended Complaint. ACA will answer within 14 days.

Respectfully Submitted, this the 10th day of October, 2013.

                                                      /s/David W. Clark
                                                      David W. Clark (MBN 6112)
                                                      Erin Saltaformaggio (MBN 103999)
                                                      BRADLEY ARANT BOULT CUMMINGS LLP
                                                      One Jackson Place
                                                      188 E. Capitol Street, Suite 400
                                                      Jackson, Mississippi 39201
                                                      Telephone: (601) 948-8000
                                                      Facsimile: (601) 948-3000
                                                      *Attorneys for Defendant, ACA Financial Guaranty Corporation*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 10, 2013, I served the foregoing on Mr. Jesse Mitchell, counsel for the plaintiffs, by electronic mail and U.S. Mail.

                                                       /s/ David W. Clark

OF COUNSEL