FORM 4 (ND/SD MISS. DEC. 2011)

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF MISSISSIPPI

JAMES E. DAVIS, et al.

                Plaintiff

v.

                                                  CIVIL ACTION
                                                  No. 3:11-cv-093-MPM-SAA

ACA FINANCIAL
GUARANTY CORPORATION
and JOHN DOES One through
Ten                         Defendant

### GOOD FAITH CERTIFICATE

All counsel certify that they have conferred in good faith to resolve the issues in question and that it is necessary to file the following motion:

Counsel further certify that:

✔ as appropriate:

☐ 1. The motion is unopposed by all parties.

☐ 2. The motion is unopposed by:

☒ 3. The motion is opposed by:    Defendant

✔ 4. The parties agree that replies and rebuttals to the motion will be submitted to the magistrate judge in accordance with the time limitations stated in L.U.Civ.P. 7(b)(4).

FORM 4 (ND/SD MISS. DEC. 2011)

This the 17th day of October 2013

_____
Signature of Plaintiff's Attorney

Jesse Mitchell, III (MBN 103020)
Typed Name and Bar Number

_____
Signature of Defendant's Attorney

David W. Clark (MBN 6112)
Typed Name and Bar Number