**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION**

JAMES E. DAVIS AND FRANCOIS KOHLMANN,
INDIVIDUALLY AND ON BEHALF OF ALL
OTHERS SIMILARLY SITUATED                                                           PLAINTIFF

VERSUS                                               CIVIL ACTION NO: 3:11CV-093-M-A

ACA FINANCIAL GUARANTY CORPORATION
AND JOHN DOES One through Ten                                                     DEFENDANTS

**ORDER**

Plaintiffs filed a motion to amend the case management order on October 14, 2013. Docket 122. After review of the docket in this case, and in light of the hearing set for October 30, 2013 before Chief Judge Mills, the undersigned finds that the motion to amend the case management order is well taken and should be granted. The deadlines in this case are extended as follows:

| | |
|---|---|
| Plaintiffs' expert designations | December 4, 2013 |
| Defendant's expert designations | January 10, 2014 |
| Discovery | February 27, 2014 |
| Dispositive/*Daubert* motions | March 10, 2014 |

All other scheduling remains in effect as previously ordered by the court. Given the current trial setting there will be no other extensions or modifications to these deadlines.

This, the 23rd day of October, 2013.

/s/ S. Allan Alexander
UNITED STATED MAGISTRATE JUDGE