It is unlawful for any person file a claim with intent to injure, defraud, or deceive an insurer.

## NOTICE OF NONPAYMENT

TO: ACA Financial Guaranty Corporation
140 Broadway, 47th Floor
New York, New York 10005
Attention: General Counsel
Telephone: (212) 375-2000

RE: ACA Financial Guaranty Corporation Policy Number S0601-15

The undersigned hereby certifies to ACA Financial Guaranty Corporation ("ACA") in connection with the above-referenced Policy (the "Policy") as follows (terms used herein having the meanings assigned to them in the Policy, unless the context clearly requires otherwise):

1. The undersigned is the Policyholder within the meaning of the Policy and this Notice of Nonpayment has been duly executed and delivered on behalf of the Policyholder by a duly authorized officer of the Policyholder.

2. Pursuant to the terms of the Policy (i) INTEREST payment was due from or on behalf of the related Issuer to the Policyholder on January 1, 2010 (the "Payment Date") in an amount equal to $82,556.25 (the "Amount Due for Payment"), (ii) the Policyholder has received $0.00 of the Amount Due for Payment from or on behalf of the Issuer (the difference between the Amount Due for Payment and the amount received as payment is herein referred to as the "Deficiency").

The Policyholder hereby requests that payment of Deficiency be made by the Insurer under the Policy and directs that payment under the Policy be made to the following account by wire transfers of federal funds or other immediately available fund in accordance with the terms of the Policy:

BBK: U.S. BANK N.A.
ABA # (091000022)
BNF: U.S. BANK TRUST N.A.
AC # 180121167365
REF: 96029321
ATTN: Audrey Bernstein

January 5, 2010

US BANK TRUST NATIONAL ASSOCIATION

By: _____
Name: Patrick J. Crowley
Title: Vice President

**EXHIBIT "A"**

## FORM OF ASSIGNMENT

For value received, the undersigned do(es) hereby sell, assign and transfer unto ACA FINANCIAL GUARANTY CORPORATION all it right, title and interest in and to payment in the amount of $82,556.25 which represents payment due on Connector 2000 Association, Inc, Toll Road Revenue Bonds (Southern Connector Project, Greenville South Carolina) (Cusip 20786L AA9) in the principal amount of $3,145,000.00 as certified in the attached Notice of Nonpayment attached hereto and the undersigned hereby irrevocably constitute(s) and appoints(s) ACA FINANCIAL GUARANTY CORPORATION AS AGENT AND attorney-in-fact with respect to the within-mentioned payment.

US BANK TRUST NATIONAL ASSOCIATION

By: _[signature]_

Name: Patrick J. Crowley

Title: Vice President

Dated: January 5 2010


PLEASE INSERT SOCIAL SECURITY NUMBER, TAXPAYER IDENTIFICATION NUMBER OR OTHER IDENTIFYING NUMBER OF ASSIGNEE 52-1474358

## EXHIBIT "A"

It is unlawful for any person file a claim with intent to injure, defraud, or deceive an insurer.

## NOTICE OF NONPAYMENT

TO: ACA Financial Guaranty Corporation
140 Broadway, 47th Floor
New York, New York 10005
Attention: General Counsel
Telephone: (212) 375-2000

RE: ACA Financial Guaranty Corporation Policy Number S0601-15

The undersigned hereby certifies to ACA Financial Guaranty Corporation ("ACA") in connection with the above-referenced Policy (the "Policy") as follows (terms used herein having the meanings assigned to them in the Policy, unless the context clearly requires otherwise):

1. The undersigned is the Policyholder within the meaning of the Policy and this Notice of Nonpayment has been duly executed and delivered on behalf of the Policyholder by a duly authorized officer of the Policyholder.

2. Pursuant to the terms of the Policy (i) INTEREST payment was due from or on behalf of the related Issuer to the Policyholder on July 1, 2010 (the "Payment Date") in an amount equal to $82,556.25 (the "Amount Due for Payment"), (ii) the Policyholder has received $0.00 of the Amount Due for Payment from or on behalf of the Issuer (the difference between the Amount Due for Payment and the amount received as payment is herein referred to as the "Deficiency").

The Policyholder hereby requests that payment of Deficiency be made by the Insurer under the Policy and directs that payment under the Policy be made to the following account by wire transfers of federal funds or other immediately available fund in accordance with the terms of the Policy:

BBK: U.S. BANK N.A.
ABA # (091000022)
BNF: U.S. BANK TRUST N.A.
AC # 180121167365
REF: 96029321
ATTN: Audrey Bernstein

July 6, 2010                                           US BANK TRUST NATIONAL ASSOCIATION

By: _____
Name: Patrick J. Crowley
Title    Vice President

## EXHIBIT "A"

## FORM OF ASSIGNMENT

For value received, the undersigned do(es) hereby sell, assign and transfer unto ACA FINANCIAL GUARANTY CORPORATION all it right, title and interest in and to payment in the amount of $82,556.25 which represents payment due on Connector 2000 Association, Inc, Toll Road Revenue Bonds (Southern Connector Project, Greenville South Carolina) (Cusip 20786L AA9) in the principal amount of $3,145,000.00 as certified in the attached Notice of Nonpayment attached hereto and the undersigned hereby irrevocably constitute(s) and appoints(s) ACA FINANCIAL GUARANTY CORPORATION AS AGENT AND attorney-in-fact with respect to the within-mentioned payment.

US BANK TRUST NATIONAL ASSOCIATION

By: _[signature]_

Name: Patrick J. Crowley

Title: Vice President

Dated: July 6 2010

PLEASE INSERT SOCIAL SECURITY NUMBER, TAXPAYER IDENTIFICATION NUMBER OR OTHER IDENTIFYING NUMBER OF ASSIGNEE 52-1474358

## EXHIBIT "A"

It is unlawful for any person file a claim with intent to injure, defraud, or deceive an insurer.

## NOTICE OF NONPAYMENT

TO: ACA Financial Guaranty Corporation
600 Fifth Avenue, 2nd Floor
New York, NY 10020
Attention: General Counsel
Telephone: (212) 375-2000

RE: ACA Financial Guaranty Corporation Policy Number S0601-15

The undersigned hereby certifies to ACA Financial Guaranty Corporation ("ACA") in connection with the above-referenced Policy (the "Policy") as follows (terms used herein having the meanings assigned to them in the Policy, unless the context clearly requires otherwise):

1. The undersigned is the Policyholder within the meaning of the Policy and this Notice of Nonpayment has been duly executed and delivered on behalf of the Policyholder by a duly authorized officer of the Policyholder.

2. Pursuant to the terms of the Policy (i) INTEREST payment was due from or on behalf of the related Issuer to the Policyholder on January 1, 2011 (the "Payment Date") in an amount equal to $82,556.25 (the "Amount Due for Payment"), (ii) the Policyholder has received $0.00 of the Amount Due for Payment from or on behalf of the Issuer (the difference between the Amount Due for Payment and the amount received as payment is herein referred to as the "Deficiency").

The Policyholder hereby requests that payment of Deficiency be made by the Insurer under the Policy and directs that payment under the Policy be made to the following account by wire transfers of federal funds or other immediately available fund in accordance with the terms of the Policy:

BBK: U.S. BANK N.A.
ABA # (091000022)
BNF: U.S. BANK TRUST N.A.
AC # 180121167365
REF: 96029321
ATTN: Audrey Bernstein

January 6, 2011                                        US BANK TRUST NATIONAL ASSOCIATION

By: _____
Name: Patrick J. Crowley
Title: Vice President

**EXHIBIT "A"**

FORM OF ASSIGNMENT

For value received, the undersigned do(es) hereby sell, assign and transfer unto ACA FINANCIAL GUARANTY CORPORATION all it right, title and interest in and to payment in the amount of $82,556.25 which represents payment due on Connector 2000 Association, Inc, Toll Road Revenue Bonds (Southern Connector Project, Greenville South Carolina) (Cusip 20786L AA9) in the principal amount of $3,145,000.00 as certified in the attached Notice of Nonpayment attached hereto and the undersigned hereby irrevocably constitute(s) and appoints(s) ACA FINANCIAL GUARANTY CORPORATION AS AGENT AND attorney-in-fact with respect to the within-mentioned payment.

US BANK TRUST NATIONAL ASSOCIATION

By: _____

Name: Patrick J. Crowley

Title: Vice President

Dated: January 6, 2011

PLEASE INSERT SOCIAL SECURITY NUMBER, TAXPAYER IDENTIFICATION NUMBER OR OTHER IDENTIFYING NUMBER OF ASSIGNEE 41-1973763

# EXHIBIT "A"

It is unlawful for any person file a claim with intent to injure, defraud, or deceive an insurer.

## NOTICE OF NONPAYMENT

TO: ACA Financial Guaranty Corporation
600 Fifth Avenue, 2nd Floor
New York, NY 10020
Attention: General Counsel
Telephone: (212) 375-2000

RE: ACA Financial Guaranty Corporation Policy Number S0601-16

The undersigned hereby certifies to ACA Financial Guaranty Corporation ("ACA") in connection with the above-referenced Policy (the "Policy") as follows (terms used herein having the meanings assigned to them in the Policy, unless the context clearly requires otherwise):

1. The undersigned is the Policyholder within the meaning of the Policy and this Notice of Nonpayment has been duly executed and delivered on behalf of the Policyholder by a duly authorized officer of the Policyholder.

2. Pursuant to the terms of the Policy (i) PRINCIPAL payment was due from or on behalf of the related Issuer to the Policyholder on January 1, 2011 (the "Payment Date") in an amount equal to $3,900,000.00 (the "Amount Due for Payment"), (ii) the Policyholder has received $0.00 of the Amount Due for Payment from or on behalf of the Issuer (the difference between the Amount Due for Payment and the amount received as payment is herein referred to as the "Deficiency").

The Policyholder hereby requests that payment of Deficiency be made by the Insurer under the Policy and directs that payment under the Policy be made to the following account by wire transfers of federal funds or other immediately available fund in accordance with the terms of the Policy:

BBK: U.S. BANK N.A.
ABA # (091000022)
BNF: U.S. BANK TRUST N.A.
AC # 180121167365
REF: 96029321
ATTN: Audrey Bernstein

January 6, 2011                                    US BANK TRUST NATIONAL ASSOCIATION

                                                   By: _____
                                                   Name: Patrick J. Crowley
                                                   Title  Vice President

## EXHIBIT "A"

## FORM OF ASSIGNMENT

For value received, the undersigned do(es) hereby sell, assign and transfer unto ACA FINANCIAL GUARANTY CORPORATION all it right, title and interest in and to payment in the amount of $3,900,000.00 which represents payment due on Connector 2000 Association, Inc, Toll Road Revenue Bonds (Southern Connector Project, Greenville South Carolina) (Cusip 20786L AF8) in the principal amount of $3,900,000.00 as certified in the attached Notice of Nonpayment attached hereto and the undersigned hereby irrevocably constitute(s) and appoints(s) ACA FINANCIAL GUARANTY CORPORATION AS AGENT AND attorney-in-fact with respect to the within-mentioned payment.

US BANK TRUST NATIONAL ASSOCIATION

By: _[signature]_

Name: Patrick J. Crowley

Title: Vice President

Dated: January 6, 2011

PLEASE INSERT SOCIAL SECURITY NUMBER, TAXPAYER IDENTIFICATION NUMBER OR OTHER IDENTIFYING NUMBER OF ASSIGNEE 41-1973763

## EXHIBIT "A"

It is unlawful for any person file a claim with intent to injure, defraud, or deceive an insurer.

## NOTICE OF NONPAYMENT

TO: ACA Financial Guaranty Corporation
600 Fifth Avenue, 2nd Floor
New York, NY 10020
Attention: General Counsel
Telephone: (212) 375-2000

RE: ACA Financial Guaranty Corporation Policy Number S0601-15

The undersigned hereby certifies to ACA Financial Guaranty Corporation ("ACA") in connection with the above-referenced Policy (the "Policy") as follows (terms used herein having the meanings assigned to them in the Policy, unless the context clearly requires otherwise):

1. The undersigned is the Policyholder within the meaning of the Policy and this Notice of Nonpayment has been duly executed and delivered on behalf of the Policyholder by a duly authorized officer of the Policyholder.

2. Pursuant to the terms of the Policy (i) INTEREST payment was due from or on behalf of the related Issuer to the Policyholder on July 1, 2011 (the "Payment Date") in an amount equal to $82,556.25 (the "Amount Due for Payment"), (ii) the Policyholder has received $0.00 of the Amount Due for Payment from or on behalf of the Issuer (the difference between the Amount Due for Payment and the amount received as payment is herein referred to as the "Deficiency").

The Policyholder hereby requests that payment of Deficiency be made by the Insurer under the Policy and directs that payment under the Policy be made to the following account by wire transfers of federal funds or other immediately available fund in accordance with the terms of the Policy:

BBK: U.S. BANK N.A.
ABA # (091000022)
BNF: U.S. BANK TRUST N.A.
AC # 180121167365
REF: 96029321
ATTN: Audrey Bernstein

July 6, 2011

US BANK TRUST NATIONAL ASSOCIATION

By: _____
Name: Patrick J. Crowley
Title: Vice President

**EXHIBIT "A"**

## FORM OF ASSIGNMENT

For value received, the undersigned do(es) hereby sell, assign and transfer unto ACA FINANCIAL GUARANTY CORPORATION such portion of its right, title and interest in the securities issued in consideration of the claim filed for the former Connector 2000 Association, Inc, Toll Road Revenue Bonds (Southern Connector Project, Greenville South Carolina) (Cusip 20786L AA9), in the original principal amount of $3,145,000.00 pursuant to the Bankruptcy Court proceeding involving the issuer, that represents the $82,556.25 interest payment certified in the attached Notice of Nonpayment attached hereto, and the undersigned hereby irrevocably constitute(s) and appoints(s) ACA FINANCIAL GUARANTY CORPORATION AS AGENT AND attorney-in-fact with respect to the within-mentioned payment.

US BANK TRUST NATIONAL ASSOCIATION

By: _____

Name: Patrick J. Crowley

Title: Vice President

Dated: July 6, 2011

PLEASE INSERT SOCIAL SECURITY NUMBER, TAXPAYER IDENTIFICATION NUMBER OR OTHER IDENTIFYING NUMBER OF ASSIGNEE 41-1973763

**EXHIBIT "A"**