# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF MISSISSIPPI
## NORTHERN DIVISION

**JAMES E. DAVIS**                                                                                  **PLAINTIFF**

**VERSUS**                                                 **CAUSE NO: 3:11CV-093-MPM-SAA**

**ACA FIANCIAL GUARANTY CORPORATION**
**AND JOHN DOES One through Ten**                                      **DEFENDANTS**

## NOTICE OF SERVICE

Notice is hereby given that Defendant ACA Financial Guaranty Corporation served this day, the following:

ACA Financial Guaranty's Responses to Plaintiffs' First Set of Requests Interrogatories

RESPECTFULLY SUBMITTED, this the 29th day of October, 2013.

                                           /s/David W. Clark
                                           W. Wayne Drinkwater, Jr. (MBN 6193)
                                           David W. Clark (MBN 6112)
                                           Erin Saltaformaggio (MBN 103999)

                                           BRADLEY ARANT BOULT CUMMINGS LLP
                                           One Jackson Place
                                           188 E. Capitol Street, Suite 400
                                           Jackson, Mississippi 39201
                                           Telephone: (601) 948-8000
                                           Facsimile: (601) 948-3000
                                           Attorney for Defendant
                                           ACA Financial Guaranty Corporation

## **CERTIFICATE OF SERVICE**

      I hereby certify that on October 29, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will deliver copies to all counsel of record.

      /s/David W. Clark
      DAVID W. CLARK