**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION**

**JAMES E. DAVIS, ET AL.**                                                              **PLAINTIFFS**

**vs.**                                                      **CIVIL ACTION NO. 3:11-CV-093-MPM-SAA**

**ACA FINANCIAL GUARANTY CORPORATION**
**And JOHN DOES One through Ten**                                            **DEFENDANTS**

_____

**ENTRY OF APPEARANCE**
_____

PLEASE TAKE NOTICE that Barry C. Campbell of The Mitchell Firm, PLLC enters his

appearance on behalf of the Plaintiffs in the above-captioned action.  Please note that Barry C.

Campbell's email address is now: bcampbell@themitchellfirms.com.

RESPECTFULLY SUBMITTED, this the 30th day of October, 2013.

By:     /s/ *Barry C. Campbell*
        Jesse Mitchell, III (MS Bar No.103020)
        Barry C. Campbell (MS Bar No. 99535)
        *Attorneys for Plaintiffs*

**OF COUNSEL:**

**THE MITCHELL FIRM, PLLC**
774 Avery Blvd., Suite G
Ridgeland, Mississippi 39157
Telephone:     (769) 300-0462
Facsimile:     (601) 510-1981
Email:         jmitchell@themitchellfirms.com
               bcampbell@themitchellfirms.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on October 30, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

                            Respectfully Submitted,

                            */s/ Barry C. Campbell*
                            BARRY C. CAMPBELL (MSB No. 99535)