**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI**

<u>**CIVIL HEARING MINUTES**</u>

**CASE NUMBER**: 3:11CV93          **DATE**: OCTOBER 30, 2013
**STYLE**: JAMES DAVIS, ET AL. V. ACA FINANCIAL GUARANTY CORPORATION
**PLACE HELD**: OXFORD, MS
**TIME BEGUN**: OCTOBER 30, 2013, 9:30 AM
**TIME ENDED**: OCTOBER 30, 2013, 10:55 AM
                         **TOTAL TIME:** 1 HOURS 25 MINUTES
_____

**HONORABLE MICHAEL P. MILLS, CHIEF U.S. DISTRICT JUDGE, PRESIDING**

**Courtroom Deputy:** Sallie Wilkerson      **Court Reporter:** Rita Young

Participants:
FOR THE PLAINTIFF(S):            FOR THE DEFENDANTS
Jesse Mitchell, III                  David Clark
Barry Campbell                    Erin Saltaformaggio


PROCEEDINGS:     Motion hearing - docket number(s) 109, 112, 114 & 116

REMARKS:     Hearing held. Order to follow.


                                                       DAVID CREWS, CLERK

                                                       By:   /s/Sallie Wikerson
                                                               Courtroom Deputy