# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

**JAMES E. DAVIS, ET AL.**                                                   **PLAINTIFFS**

**vs.**                                                   **CAUSE NO. 3:11-CV-093-MPM-SAA**

**ACA FINANCIAL GUARANTY CORPORATION, and**
**JOHN DOES One through Ten**                                       **DEFENDANTS**

## NOTICE OF SERVICE OF DISCOVERY

PLEASE TAKE NOTICE that Plaintiffs this day served upon Defendant the following:

*Plaintiffs' Notice of Deposition*

The original pleading is being retained in the possession of the undersigned counsel in accordance with L. U. Civ. R. 5(d).

RESPECTFULLY SUBMITTED, this 31st day of October, 2013.

                                                                             /s/ *Jesse Mitchell, III*
                                                         Jesse Mitchell, III (MS Bar No. 103020)
                                                               *Attorney for Plaintiffs*

OF COUNSEL:
THE MITCHELL FIRM, PLLC
774 Avery Blvd. N, Suite G
Ridgeland, Mississippi 39157
Telephone:    769.300.0462
Facsimile:     601.510.1981

## **CERTIFICATE OF SERVICE**

      I hereby certify that on, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

                                                                           /s/ *Jesse Mitchell, III*
                                                                             JESSE MITCHELL, III