# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

**JAMES E. DAVIS**                                                       **PLAINTIFF**

**VERSUS**                                        **CAUSE NO: 3:11CV-093-MPM-SAA**

**ACA FIANCIAL GUARANTY CORPORATION**
**AND JOHN DOES One through Ten**                           **DEFENDANTS**

## NOTICE OF SERVICE

Notice is hereby given that Defendant ACA Financial Guaranty Corporation served this day, the following:

ACA Financial Guaranty's Supplemental Responses to Plaintiffs' First Set of Requests For Production of Documents

RESPECTFULLY SUBMITTED, this the 1ST day of November, 2013.

                                         /s/David W. Clark
                                         W. Wayne Drinkwater, Jr. (MBN 6193)
                                         David W. Clark (MBN 6112)
                                         Erin Saltaformaggio (MBN 103999)

                                         BRADLEY ARANT BOULT CUMMINGS LLP
                                         One Jackson Place
                                         188 E. Capitol Street, Suite 400
                                         Jackson, Mississippi 39201
                                         Telephone: (601) 948-8000
                                         Facsimile: (601) 948-3000
                                         Attorney for Defendant
                                         ACA Financial Guaranty Corporation

## **CERTIFICATE OF SERVICE**

    I hereby certify that on November 1, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will deliver copies to all counsel of record.

                      /s/David W. Clark_____
                      DAVID W. CLARK