UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF
MISSISSIPPI NORTHERN DIVISION

JAMES E. DAVIS, ET AL.                                                                       PLAINTIFFS

vs.                                                        CAUSE NO. 3:11-CV-093-MPM-SAA

ACA FINANCIAL GUARANTY
CORPORATION, and
JOHN DOES One through Ten                                      DEFENDANTS

## NOTICE OF DEPOSITION

PLEASE TAKE NOTICE that the undersigned will take the deposition of **MARIA CHENG**, beginning at 10:00 am (est) on Thursday, November 14, 2013, at the offices of ACA Financial Guaranty Corporation, 600 Fifth Avenue, 2nd Floor, New York, NY 10020 via stenographic and video means before an official court reporter or other officer authorized by law to administer oaths. It is expected that the deposition will last approximately six hours, however, examination will continue from day to day until completed.

You are invited to attend and cross-examine.

Respectfully submitted October 31, 2013.

By:_____
      Jesse Mitchell, III (MSB No. 103020)
      Barry Campbell (MSB No. 99535)
      *Attorneys for Plaintiffs*

**OF COUNSEL:**
**The Mitchell Firm, PLLC**
774 Avery Blvd. N, Suite G
Ridgeland, Mississippi 39157
Telephone: (769)300-0462
Facsimile: (601)510-1981
jmitchell@themitchellfirms.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on October 31, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

      Respectfully Submitted,

_____
      **Jesse Mitchell, III**