# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

**JAMES E. DAVIS, ET AL.**                                                          **PLAINTIFFS**

**VS.**                                     **CAUSE NO. 3:11-CV-093-MPM-SAA**

**ACA FINANCIAL GUARANTY CORPORATION,**
**And JOHN DOES One through Ten**                                     **DEFENDANTS**

## NOTICE OF SERVICE OF DISCOVERY

Notice is hereby given that the Plaintiffs this day served the following:

1. *Plaintiffs' Second Set of Interrogatories to Defendant ACA Financial Guaranty Corporation; and*

2. *Plaintiffs' Second Set of Request for Production of Documents to Defendant ACA Financial Guaranty Corporation.*

The original pleading is being retained in the possession of the undersigned counsel in accordance with L. U. Civ. R. 5(d).

RESPECTFULLY SUBMITTED, this 22nd day of November, 2013.

                                                     */s/ Jesse Mitchell, III*
                                                   Jesse Mitchell, III (MS Bar No. 103020)
                                                   *Attorney for Plaintiffs*

OF COUNSEL:
THE MITCHELL FIRM, PLLC
774 Avery Blvd. N, Suite G
Ridgeland, Mississippi 39157
Telephone:    769.300.0462
Facsimile:      601.510.1981

## **CERTIFICATE OF SERVICE**

      I hereby certify that on November 22, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

                                                              /s/ *Jesse Mitchell, III*
                                                               JESSE MITCHELL, III