IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**JAMES E. DAVIS, ET AL.** **PLAINTIFFS**

v.                **CIVIL ACTION NO. 3:11-CV-093-MPM-SAA**

**ACA FINANCIAL GUARANTY CORPORATION**
**And JOHN DOES One through Ten**      **DEFENDANTS**

---

### NOTICE OF SERVICE OF PLAINTIFFS' EXPERT WITNESS DESIGNATIONS

---

Notice is hereby given that Plaintiffs have this day served their Expert Discovery Disclosures, including Plaintiffs' experts' reports and *curricula vita,* upon Counsel for Defendant.

RESPECTFULLY SUBMITTED this the 4th day of December, 2013.

                               By: */s/ Jesse Mitchell, III*
                               Jesse Mitchell, III (MS Bar No. 103020)
                               Barry C. Campbell (MS Bar No. 99535)

                               **Attorneys For Plaintiffs**

OF COUNSEL:

**THE MITCHELL FIRM, PLLC**
774 Avery Blvd. N., Suite G
Ridgeland, Mississippi 39157
Telephone: 769.300.0462
Facsimile: 601.510.1981
Email: jmitchell@themitchellfirms.com

## **CERTIFICATE OF SERVICE**

  I, Jesse Mitchell III, do hereby certify that I have this day electronically filed the foregoing *Notice of Service of Designation of Expert Witnesses* with the Clerk of the Court using the ECF system, which will send notification of such filing to the following:

David Clark
Erin Saltaformaggio
188 E. Capitol Street, Ste. 400
Jackson, Mississippi 39201
Email: dclark@babc.com and esaltaformaggio@babc.com

*Attorneys for Defendant*

  This 4th day of December, 2013.

                */s/ Jesse Mitchell, III*
                Jesse Mitchell, III