# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF MISSISSIPPI
## NORTHERN DIVISION

| | |
|---|---|
| **JAMES E. DAVIS** | **PLAINTIFF** |
| **VERSUS** | **CAUSE NO: 3:11CV-093-MPM-SAA** |
| **ACA FIANCIAL GUARANTY CORPORATION** <br> **AND JOHN DOES One through Ten** | **DEFENDANTS** |

## NOTICE OF SERVICE

Notice is hereby given that Defendant ACA Financial Guaranty Corporation served this day, the following:

**ACA Financial Guaranty's Second Set of Requests For Production of Documents to Plaintiff**

**ACA Financial Guaranty's Second Set of Requests For Interrogatories to Plaintiff**

RESPECTFULLY SUBMITTED, this the 20th day of December, 2013.

/s/David W. Clark
W. Wayne Drinkwater, Jr. (MBN 6193)
David W. Clark (MBN 6112)
Erin Saltaformaggio (MBN 103999)

BRADLEY ARANT BOULT CUMMINGS LLP
One Jackson Place
188 E. Capitol Street, Suite 400
Jackson, Mississippi 39201
Telephone: (601) 948-8000
Facsimile: (601) 948-3000
Attorney for Defendant
ACA Financial Guaranty Corporation

4/393292.1

## **CERTIFICATE OF SERVICE**

      I hereby certify that on December 20, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will deliver copies to all counsel of record.

      /s/David W. Clark  _____
      DAVID W. CLARK