**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION**

JAMES E. DAVIS, et al.                                         **PLAINTIFFS**

VERSUS                                **CAUSE NO: 3:11CV-093-MPM-SAA**

ACA FIANCIAL GUARANTY CORPORATION            **DEFENDANT**

## NOTICE OF SERVICE

      Notice is hereby given that Defendant ACA Financial Guaranty Corporation served this day, the following:

      **ACA Financial Guaranty's Responses to Plaintiffs' Second Set of Requests For Production of Documents**

      **ACA Financial Guaranty's Responses to Plaintiffs' Second Set of Requests For Interrogatories**

RESPECTFULLY SUBMITTED, this the 20th day of December, 2013.

                /s/David W. Clark
                W. Wayne Drinkwater, Jr. (MBN 6193)
                David W. Clark (MBN 6112)
                Erin Saltaformaggio (MBN 103999)

                BRADLEY ARANT BOULT CUMMINGS LLP
                One Jackson Place
                188 E. Capitol Street, Suite 400
                Jackson, Mississippi 39201
                Telephone: (601) 948-8000
                Facsimile: (601) 948-3000
                Attorney for Defendant
                ACA Financial Guaranty Corporation

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on December 20, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will deliver copies to all counsel of record.


/s/David W. Clark _____
DAVID W. CLARK