## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF MISSISSIPPI
## NORTHERN DIVISION

**JAMES E. DAVIS, ET AL.**                                                        **PLAINTIFFS**

**vs.**                                                        **CAUSE NO. 3:11-CV-093-MPM-SAA**

**ACA FINANCIAL GUARANTY CORPORATION,**
**And JOHN DOES One through Ten**                                **DEFENDANTS**

## NOTICE OF DEPOSITION

PLEASE TAKE NOTICE that the undersigned will take the deposition of **ADAM KLAUSNER**, beginning at 10:00 am (est) on Wednesday, January 15, 2014 at the offices of Schulte Roth & Zabel LLP, 919 Third Avenue, New York, New York 10020 via stenographic and video means before an official court reporter or other officer authorized by law to administer oaths. It is expected that the deposition will last approximately six hours, however, examination will continue from day to day until completed.

You are invited to attend and cross-examine.

Respectfully submitted January 2, 2014.

By:_____

Jesse Mitchell, III (MSB No. 103020)
Barry Campbell (MSB No. 99535)
*Attorneys for Plaintiffs*

**OF COUNSEL:**
**The Mitchell Firm, PLLC**
774 Avery Blvd. N, Suite G
Ridgeland, Mississippi 39157
Telephone: (769)300-0462
Facsimile: (601)510-1981
jmitchell@themitchellfirms.com

## CERTIFICATE OF SERVICE

       I hereby certify that on January 2, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

Respectfully Submitted,

**Jesse Mitchell, III**