# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

**JAMES E. DAVIS, et al.**                                                                  **PLAINTIFFS**

**VERSUS**                                             **CAUSE NO: 3:11CV-093-MPM-SAA**

**ACA FIANCIAL GUARANTY CORPORATION**                          **DEFENDANT**

## NOTICE OF SERVICE

Notice is hereby given that Defendant ACA Financial Guaranty Corporation served this day, the following:

**ACA Financial Guaranty's Supplemental Responses to Plaintiffs' Second Set of Requests For Production of Documents**

RESPECTFULLY SUBMITTED, this the 8th day of January, 2014.

                                                  /s/David W. Clark
                                                  W. Wayne Drinkwater, Jr. (MBN 6193)
                                                  David W. Clark (MBN 6112)
                                                  Erin Saltaformaggio (MBN 103999)

                                                  BRADLEY ARANT BOULT CUMMINGS LLP
                                                  One Jackson Place
                                                  188 E. Capitol Street, Suite 400
                                                  Jackson, Mississippi 39201
                                                  Telephone: (601) 948-8000
                                                  Facsimile: (601) 948-3000
                                                  Attorney for Defendant
                                                  ACA Financial Guaranty Corporation

## **CERTIFICATE OF SERVICE**

      I hereby certify that on January 8, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will deliver copies to all counsel of record.

                              /s/David W. Clark
                              DAVID W. CLARK