**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION**

**JAMES E. DAVIS, ET AL.**                                    **PLAINTIFFS**

**vs.**                                    **CAUSE NO. 3:11-CV-093-MPM-SAA**

**ACA FINANCIAL GUARANTY CORPORATION**                                    **DEFENDANT**

**NOTICE OF SERVICE OF DEFENDANT ACA FINANCIAL
GUARANTY CORPORATION'S EXPERT WITNESS DESIGNATIONS**

Notice is hereby given that Defendant ACA Financial Guaranty Corporation ("ACA") has this day served its Expert Discovery Disclosures, including ACA's expert report and curriculum vitae upon counsel for the Plaintiffs.

Respectfully submitted, this the 10th day of January, 2014.

/s/ David W. Clark
David W. Clark (MSB # 6112)
Erin Saltaformaggio (MSB # 103999)
Bradley Arant Boult Cummings, LLP
One Jackson Place
188 E. Capitol Street, Suite 400
Jackson, Mississippi 39201
Telephone: (601) 948-8000
Facsimile: (601) 948-3000

Attorneys for the Defendant, ACA

1

## <u>CERTIFICATE OF SERVICE</u>

I, David Clark, attorney of record for the Defendant, certify that I this day and time served a true and correct copy of the above and foregoing document, together with the incorporated expert report and curriculum vitae, to the following:

        Jesse Mitchell, III, Esq.
        774 Avery Blvd. N, Ste. G
        Ridgeland, Mississippi 39157
        Attorney for Plaintiffs

January 10, 2014.

                                  /s/ David W. Clark
                                  David W. Clark

4/394634.1