# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

**JAMES E. DAVIS, et al.**                                                **PLAINTIFFS**

**VERSUS**                                      **CAUSE NO: 3:11CV-093-MPM-SAA**

**ACA FIANCIAL GUARANTY CORPORATION**                  **DEFENDANT**

## NOTICE OF SERVICE

Notice is hereby given that Defendant ACA Financial Guaranty Corporation served this day, the following:

**ACA Financial Guaranty's Third Set of Interrogatories to Plaintiffs**

RESPECTFULLY SUBMITTED, this the 22nd day of January, 2014.

/s/Erin Saltaformaggio
W. Wayne Drinkwater, Jr. (MBN 6193)
David W. Clark (MBN 6112)
Erin Saltaformaggio (MBN 103999)

BRADLEY ARANT BOULT CUMMINGS LLP
One Jackson Place
188 E. Capitol Street, Suite 400
Jackson, Mississippi 39201
Telephone: (601) 948-8000
Facsimile: (601) 948-3000
Attorney for Defendant
ACA Financial Guaranty Corporation

4/397870.1

## CERTIFICATE OF SERVICE

    I hereby certify that on January 22, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will deliver copies to all counsel of record.

                                            /s/Erin Saltaformaggio
                                            OF COUNSEL